B1 (Official Form 1) (4/13)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| *NORTHERN* DISTRICT OF *CALIFORNIA* | |

| Name of Debtor (if individual, enter Last, First, Middle):<br>*Deerfield Ranch Winery, LLC,*<br>*a California Corporation* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): **68-0472665** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>*1310 Warm Springs Road*<br>*Glen Ellen, CA*  ZIPCODE *95442* | Street Address of Joint Debtor (No. & Street, City, and State):  ZIPCODE |
| County of Residence or of the<br>Principal Place of Business: | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*SAME*  ZIPCODE | Mailing Address of Joint Debtor (if different from street address):  ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): *SAME*  ZIPCODE | |

**Type of Debtor** (Form of organization)

(Check **one** box.)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**
(Check **one** box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**
(Check one box)

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
☒ Debts are primarily business debts.

**Chapter 15 Debtors**

Country of debtor's center of main interests: _____

Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**

**Check one box:**
☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

**Check all applicable boxes:**
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

☒ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>***Deerfield Ranch Winery, LLC,***<br>***a California Corporation*** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) |
|---|---|

| Location Where Filed:<br>***NONE*** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) |
|---|---|

| Name of Debtor:<br>***NONE*** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
|---|---|
| ☐  Exhibit A is attached and made a part of this petition | **X** _____    ***2/13/2015***<br> Signature of Attorney for Debtor(s)                       Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and exhibit C is attached and made a part of this petition.

☒  No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| (This page must be completed and filed in every case) | *Deerfield Ranch Winery, LLC,*<br>*a California Corporation* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X **/s/ Scott H. McNutt**
Signature of Attorney for Debtor(s)

**Scott H. McNutt 104696**
Printed Name of Attorney for Debtor(s)

**McNutt Law Group LLP**
Firm Name

**219   9th Street**
Address

**San Francisco, CA  94103**

**415-995-8475**
Telephone Number

**2/13/2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Robert W. Rex**
Signature of Authorized Individual

**Robert W. Rex**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**2/13/2015**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# Deerfield Ranch Winery, LLC
## CORPORATE RESOLUTION

The undersigned (the "Managers"), being the managing members of Deerfield Ranch Winery, LLC (the "Company"), a California limited liability company, hereby approve and adopt the following resolutions in lieu of a meeting, which shall be effective as of February 11, 2015:

**WHEREAS**, the undersigned have reviewed the Company's financial situation, prospects, assets and liabilities and the interests of the creditors and equity holder of the Company.

**WHEREAS**, the Company's primary secured lender has declared the Company in default under its primary secured loans, and could potentially proceed with judicial or non-judicial foreclosure.

**WHEREAS**, the Company's primary secured lender has obtained the imposition of a receiver.

**WHEREAS**, if the lender on the Company's senior loans was to take further action enforce its rights, the going-concern value of the Company would be destroyed, potentially leaving little for stakeholders except for the senior lender.

**WHEREAS**, the Company is presently unable to continue operations and preserve the good will of the businesses as a going-concern without seeking protection under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**WHEREAS**, the Company has determined that if its debts are reorganized in an orderly fashion through Chapter 11, there is a substantial likelihood that the Company will be able to pay all of its creditors in full.

**WHEREAS**, it appears to the undersigned that it is in the best interest of the Company and its equity holders is to commence a case under Chapter 11 of the Bankruptcy Code.

**NOW, THEREFORE, BE IT**

**RESOLVED**, that the filing by this Company of a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of California be, and it hereby is, authorized and approved.

**RESOLVED FURTHER**, that Robert Rex, one of the Managing Members, is appointed, authorized and directed to act as the "Responsible Individual" for the Company as may be required by Local Bankruptcy Rules the Northern District of California and fulfill all of the responsibilities of such position.

Case: 15-10150    Doc# 1    Filed: 02/13/15    Entered: 02/13/15 14:18:48    Page 4 of 9

**RESOLVED FURTHER** that the Managers are empowered and directed without further action to prepare, sign and file, or cause to be prepared, signed and filed and prosecuted, a petition for relief under Chapter 11 of the Bankruptcy Code, and all agreements, instruments and documents necessary to effect a Chapter 11 Plan and all instruments useful and necessary to the confirmation and implementation of such Plan.

**RESOLVED FURTHER** that the Managers are authorized, empowered and directed to retain the McNutt Law Group LLP ("Counsel") to commence and prosecute the aforementioned Chapter 11 case and to do all things, and to prepare, sign and file all papers or documents necessary or proper to the prosecution of said Chapter 11 case; and Counsel is authorized to take such actions in the bankruptcy case which Counsel, in its discretion, concludes are necessary to Counsel's and/or the Company's fulfillment of its fiduciary obligations in the bankruptcy case.

**RESOLVED FURTHER** that the Managers are authorized, empowered and directed to retain Jigsaw Advisors LLC ("Financial Advisor") to act as restructuring financial advisor to the Company prior to and during the aforementioned Chapter 11 case.

**RESOLVED FURTHER**, that the Managers are authorized to retain on behalf of the Company other professionals as the Managers determine are necessary or appropriate, upon such terms and conditions as shall be approved by such managers in their reasonable discretion, to render services to this Company in connection with such Chapter 11 proceeding and with respect to other related matters in connection therewith; and

**RESOLVED FURTHER**, that the Managers are authorized and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to bankruptcy court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein.

**WITNESS** the following signatures:

Dated: Feb. 10, 2015

Deerfield Ranch Winery LLC, a California limited liability company

By: Robert W. Rex, Managing Member

Dated: Feb 10, 2015

Deerfield Ranch Winery LLC, a California limited liability company

By: Paulette J. Rex, Managing Member
(a.k.a.) PJ Rex

00048550-1
Deerfield Ranch Winery, LLC
Corporate Resolution
Page 2 of 2

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

In re *Deerfield Ranch Winery, LLC*  
    *a California Corporation*

Case No.

Chapter *11*

_____ ,  
                         Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*Morrison Vineyard*<br>*905 Adobe Canyon Road*<br>*Kenwood CA 95452* | Phone: *(707) 833-2065*<br>*Morrison Vineyard*<br>*905 Adobe Canyon Road*<br>*Kenwood CA 95452* | *Goods and Services* | | *$ 21,521.44* |
| 2<br>*Peterson Vineyard*<br>*260 Frey Rd.*<br>*Santa Rosa CA 95409* | Phone: *(707) 833-2808*<br>*Peterson Vineyard*<br>*260 Frey Rd.*<br>*Santa Rosa CA 95409* | *Goods and Services* | | *$ 21,218.71* |
| 3<br>*Michael Rex Associates*<br>*1750 Bridgeway, Ste. B211*<br>*Sausalito CA 94965* | Phone: *(415) 331-1400*<br>*Michael Rex Associates*<br>*1750 Bridgeway, Ste. B211*<br>*Sausalito CA 94965* | *Goods and Services* | | *$ 18,590.94* |
| 4<br>*Nelson Family Vineyards*<br>*550 Nelson Ranch Road*<br>*Ukiah CA 95482* | Phone: *(707) 462-3755*<br>*Nelson Family Vineyards*<br>*550 Nelson Ranch Road*<br>*Ukiah CA 95482* | *Goods and Services* | | *$ 16,790.03* |
| 5<br>*Buchignani/Garcia Vineyards*<br>*PO Box 283*<br>*Geyserville CA 95441* | Phone: *(707) 433-2414*<br>*Buchignani/Garcia Vineyards*<br>*PO Box 283*<br>*Geyserville CA 95441* | *Goods and Services* | | *$ 16,304.16* |

_____ ,
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Christopher W. Bowen<br>4827 Kieran Ct<br>Santa Rosa CA 95405 | Phone:<br>Christopher W. Bowen<br>4827 Kieran Ct<br>Santa Rosa CA 95405 | *Goods and Services* | | $ 15,389.54 |
| 7<br>Woodvalley Road Vineyard<br>715 Scott Street<br>San Francisco CA 94117 | Phone: (415) 262-6142<br>Woodvalley Road Vineyard<br>715 Scott Street<br>San Francisco CA 94117 | *Goods and Services* | | $ 14,850.89 |
| 8<br>Tonnellerie de Jarnac<br>PO Box 659<br>Napa CA 94559 | Phone:<br>Tonnellerie de Jarnac<br>PO Box 659<br>Napa CA 94559 | *Goods and Services* | | $ 14,733.75 |
| 9<br>Vinea<br><br>17500 St-Germain de<br> FRANCE | Phone: 33 0 546485098<br>Vinea<br>ZA de Chaume de Bel Air<br>17500 St-Germain de<br> FRANCE | *Goods and Services* | | $ 14,507.42 |
| 10<br>Amaro Vineyard<br>18912 Rockinghorse Lane<br>Huntington Beach CA 92648 | Phone:<br>Amaro Vineyard<br>18912 Rockinghorse Lane<br>Huntington Beach CA 92648 | *Goods and Services* | | $ 12,625.91 |
| 11<br>Tonnellerie Vernou Doreau<br>888 Post Street<br>San Francisco CA 94109 | Phone: (415) 474-1588<br>Tonnellerie Vernou Doreau<br>888 Post Street<br>San Francisco CA 94109 | *Goods and Services* | | $ 12,497.64 |
| 12<br>Alpicella Vineyards<br>1551 Los Alamos Rd.<br>Santa Rosa CA 95409 | Phone: (707) 538-7039<br>Alpicella Vineyards<br>1551 Los Alamos Rd.<br>Santa Rosa CA 95409 | *Goods and Services* | | $ 12,180.40 |
| 13<br>PHI Vineyard<br>1388 San Mateo<br>South San Francisco CA 94080 | Phone: (650) 871-3771<br>PHI Vineyard<br>1388 San Mateo<br>South San Francisco CA 94080 | *Goods and Services* | | $ 11,695.70 |

_____ ,
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>Woolard Vineyard<br><br>560 Michael Dr.<br>Sonoma CA  95476 | Phone: (510) 517-2795<br>Woolard Vineyard<br>Len Woolard<br>560 Michael Dr.<br>Sonoma CA  95476 | Goods and Services | | $ 10,179.63 |
| 15<br>Hogan's Run Vineyard<br>PO Box 528<br>Windsor CA 95492 | Phone:<br>Hogan's Run Vineyard<br>PO Box 528<br>Windsor CA 95492 | Goods and Services | | $ 9,903.13 |
| 16<br>Vitroval USA<br>6420 Goodyear Rd.<br>Benicia CA 94510 | Phone: (707) 812-7859<br>Vitroval USA<br>6420 Goodyear Rd.<br>Benicia CA 94510 | Goods and Services | | $ 9,689.04 |
| 17<br>Running  Rabbit Ranch<br>Vineyard<br>4850 Glencannon Street<br>Santa Rosa CA 95405 | Phone: (707) 538-0727<br>Running  Rabbit Ranch<br>Vineyard<br>4850 Glencannon Street<br>Santa Rosa CA 95405 | Goods and Services | | $ 7,540.08 |
| 18<br>Robin Bastar CPA, PC<br><br>1791 E 2100 S<br>Salt Lake City UT  84106 | Phone: (801) 994-5400<br>Robin Bastar CPA, PC<br>PMB 323<br>1791 E 2100 S<br>Salt Lake City UT  84106 | Goods and Services | | $ 6,541.63 |
| 19<br>Pack n' Ship Direct<br>830 DenBeste Court, Ste. C<br>Windsor CA 95492 | Phone: (707) 838-2203<br>Pack n' Ship Direct<br>830 DenBeste Court, Ste. C<br>Windsor CA 95492 | Goods and Services | | $ 5,687.31 |
| 20<br>Cabak Vineyards<br>1742 Jones Street<br>San Francisco CA 94109 | Phone: (415) 923-1845<br>Cabak Vineyards<br>1742 Jones Street<br>San Francisco CA 94109 | Goods and Services | | $ 5,551.01 |

_____ ,
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Robert W. Rex* _____ , *Managing Member* _____ of the *Corporation* _____ named

as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that

they are true and correct to the best of my knowledge, information and belief.

Date: *2/13/2015* _____      Signature */s/ Robert W. Rex* _____

                         Name:  *Robert W. Rex*

                         Title: *Managing Member*