# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

In re *Deerfield Ranch Winery, LLC,*
   *a California Corporation*

Case No.
Chapter *11*

_____/ Debtor

Attorney for Debtor: *Scott H. McNutt*

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached list of creditors, which consists of __*12*__ pages, is true, correct and complete to the best of my knowledge.

Date: *2/13/2015*

*/s/ Robert W. Rex*
Debtor

*/s/ Scott H. McNutt*
*Scott H. McNutt*
*Attorney for the debtor(s)*
*219 9th Street*
*San Francisco, CA 94103*

Alhambra & Sierra Springs
PO Box 660579
Dallas, TX  75266-0579


Alpicella Vineyards
1551 Los Alamos Rd.
Santa Rosa, CA  95409


Amaro Vineyard
18912 Rockinghorse Lane
Huntington Beach, CA  92648


Michael Bader
1220 Vancouver Ave.
Burlingame, CA  94010


Beyers Costin, PC
200 Fourth St., Suite 400
Santa Rosa, CA  95402-0878


Christopher W. Bowen
4827 Kieran Ct
Santa Rosa, CA  95405


Brambila Vineyard Mgmt
1021 Lorraine Dr.
Napa, CA  94558

Brelje & Race Laboratories, Inc.
425 So. E. Street
Santa Rosa, CA  95404


Buchignani/Garcia Vineyards
PO Box 283
Geyserville, CA  95441


CA Dept. of Food & Agriculture
Market Enforcement Branch
1220 N Street
Sacramento, CA  95814


CA Secretary of State
Business Programs Div.
PO Box 944230
Sacramento, CA  94244-2300


Cabak Vineyards
1742 Jones Street
San Francisco, CA  94109


Carbonneau, Williams LLC
812 Chiles Ave.
St Helena, CA  94574


Carlsen & Assoc.
1439 Grove St.
Healdsburg, CA  95448

CenturyLink (Qwest)
Business Services
PO Box 52187
Phoenix, AZ   85072-2187


Coastal Products
PO Box 190
Vineburg, CA   95487


Comcast
3242 Airway Dr.
Santa Rosa, CA   95403-2004


Complete Welders Supply
PO Box 2516
Napa, CA   94558


Cook Vineyard Mgmt. Inc.
PO Box 1481
Sonoma, CA   95476


County of Sonoma
Treasurer/ Tax Collector
585 Fiscal Drive, Room 100
Santa Rosa, CA   95403-2004


Curley Vineyards
3100 Wood Valley Road
Sonoma, CA   95476

Deerfield Ranch Winery
1310 Warm Springs Rd.
Glen Ellen, CA  95442



DIRECTV
PO Box 54000
Los Angeles, CA  90054-1000



Employment Development Department
Bankruptcy Unit - MIC 92E
PO Box 826880
Sacramento, CA  94280-0001



Enartis USA, Inc.
7795 Bell Road
Windso, CA  95492



Peter G. Fashing, Esq.
Baker Manock & Jensen, PC
5260 N. Palm Ave., 4th Floor
Fresno, CA  93704



Franchise Tax Board
Bankruptcy Section, MS A -340
PO Box 2952
Sacramento, CA  95812-2952



Fresh
2415 Mendota Way
Santa Rosa, CA  95404

Friedman Bros.
PO Box 2107
Rohnert Park, CA  94927-2107


Kathy Gibson
750 North Point, #3
San Francisco, CA  94109


Gluck Vineyard
468 Green St.
San Francisco, CA  94133


Golden State Overnight
PO Box 10877
Pleasanton, CA  94588


Hansen Transport, Inc.
PO Box 425
Fulton, CA  95439


Hogan's Run Vineyard
PO Box 528
Windsor, CA  95492


Home Depot
PO Box 6028
The Lakes, NV  88901-6028

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101


Kaiser Permanente
PO Box 23219
San Diego, CA  92193-3219


Kenwood Marsh Checkerbloom Society
1311 Warm Springs Rd.
Glen Ellen, CA  95442


Kreck Design
524 Healdsburg Ave.
Healdsburg, CA  95448


Ladi's Vineyard
Darin Richards-Brown
2355 Greenwich Street
San Francisco, CA  94123


M.A. Silva
3433 Westwind Blvd.
Santa Rosa, CA  94503


Michael Rex Associates
1750 Bridgeway, Ste. B211
Sausalito, CA  94965

Mission Ace Hardware
4310 Sonoma Highway
Santa Rosa, CA   95409


Morrison Vineyard
905 Adobe Canyon Road
Kenwood, CA   95452


Napa Fire Equipment Co., Inc.
PO Box 735
Napa, CA   94559


Nelson Family Vineyards
550 Nelson Ranch Road
Ukiah, CA   95482


North Bay Copier
5350 Commerce Blvd.
Suite F
Rohnert Park, CA   94928


Office Depot
PO Box 689020
Des Moines, IA   50368-9020


Pack n' Ship Direct
830 DenBeste Court, Ste. C
Windsor, CA   95492

Parker Fine Art
8467 Sonoma Highway
Kenwood, CA   95452


Peterson Vineyard
260 Frey Rd.
Santa Rosa, CA   95409


PG&E
Box 997300
Sacramento, CA   95899-7300


PHI Vineyard
1388 San Mateo
South San Francisco, CA   94080


Pickering Winery Supply
888 Post Street
San Francisco, CA   94109


Preferred Employers Ins. Co.
File 555624
Los Angeles, CA   90074-5624


Rabobank, N.A.
45 E. River Park Place West
Suite 507
Fresno, CA   93720

```
Redwood Empire Disposal
PO Box 14609
Santa Rosa, CA   95402-1460




Renaissance Rhapsody, Inc.
3528 Deer Park Dr
Santa Rosa, CA   95404




The Rental Place
21500 Eighth St. East
Sonoma, CA   95476




Robin Bastar CPA, PC
PMB 323
1791 E 2100 S
Salt Lake City, UT   84106




Running   Rabbit Ranch Vineyard
4850 Glencannon Street
Santa Rosa, CA   95405




Sonoma County Vintners Co-op, Inc.
825 DenBeste Ct.
Windsor, CA   95492




Sonoma Valley Wine Competition
c/o SVVGA
783 Broadway
Sonoma, CA   95476
```

State Board of Equalization
Acct. & Analysis Sect., MIC:29
PO Box 942879
Sacramento, CA  94279-0029



Leon Taylor
8541 Sonoma Highway
Kenwood, CA  95452



Tonnellerie de Jarnac
PO Box 659
Napa, CA  94559



Tonnellerie Vernou Doreau
888 Post Street
San Francisco, CA  94109



Topolos Vineyards
Mike Topolos
PO Box 33
Glen Ellen, CA  95442



Unisource WorldWide, Inc.
File 57006
Los Angeles, CA  90074-7006



UPS
PO Box 894820
Los Angeles, CA  90189-4820

US EPA Region 9 Bankruptcy Contact - Lew
Off. of Reg. Counsel, ORC-3
75 Hawthorne Street
San Francisco, CA  94105


Verizon Calif.
PO Box 30001
Inglewood, CA  90313-0001


Verizon Calif. Hwy 12
PO Box 30001
Inglewood, CA  90313-0001


Vinea
ZA de Chaume de Bel Air
17500 St-Germain de Lusignan
FRANCE


Vitroval USA
6420 Goodyear Rd.
Benicia, CA  94510


Melony Williams
2207 12th Ave.
San Francisco, CA  94116


Wineshipping
50 Technology Ct.
Napa, CA  94558

Woodvalley Road Vineyard
715 Scott Street
San Francisco, CA  94117


Woolard Vineyard
Len Woolard
560 Michael Dr.
Sonoma, CA  95476


World Wine Bottles and Packaging
1370 Trancas St., Ste. 411
Napa, CA  94558


Zukowski Vineyards
18345 State Highway 128
Knights Valley
Calistoga, CA  94515-9505