PROVENCHER & FLATT LLP
Douglas B. Provencher SBN 77823
823 Sonoma Avenue
Santa Rosa, CA 95404-4714
Telephone: (707) 284-2380
Facsimile: (707) 284-2387

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br>**DEERFIELD RANCH WINERY, LLC**<br>Debtor. | Case No. 15-10150<br>Chapter 11<br>**REQUEST FOR NOTICE**<br>Honorable Alan Jaroslovsky |

The undersigned requests notice of these proceedings be sent to:

>Douglas Provencher
>Provencher & Flatt, LLP
>823 Sonoma Avenue
>Santa Rosa, CA 95404
>(707) 284-2380
>(707) 284-2387 facsimile

Dated: February 27, 2015            Provencher & Flatt LLP


                                    By_____/s/_____
                                    Douglas B. Provencher (77823)