# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

In re: *Deerfield Ranch Winery, LLC,*
*a California Corporation*
                                                                        ,
                                    Debtor

Case No. *15-10150-AJ*
(if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not diclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(2), (31).

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

*Year to date: $154,985.94*         *Operation of Winery*
*Last Year: $3,249,562.00*          *Operation of Winery*
*Year before: $3,393,676.00*        *Operation of Winery*

---

**2. Income other than from employment or operation of business**

None ☒   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**

None ☒ Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐ b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*See Attached Schedule 3b*

None ☐ c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

*See Attached Schedule 3c*

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Rabobank, N.A. v. Deerfield Ranch Winery LLC; Robert W. Rex; Paulette J. Rex*<br><br>*Case No. SCV 255008* | *Complaint for: (1) Judicial foreclosure on deed of trust; (2) Judicial foreclosure on personal property collateral; (3) Specific performance of assignment of rents and appointment of receiver; and (4) injunctive relief.* | *Superior Court of the State of California, County of Sonoma* | *Pending as of petition date. Receiver was appointed on December 4, 2014. Action is stayed pursuant to Bankruptcy Code Section 362.* |

| None ☒ | b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

**5. Repossessions, foreclosures and returns**

| None ☒ | List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

**6. Assignments and receiverships**

| None ☒ | a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| None ☐ | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT, CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| *Name: John C. Hawkins*<br>*Address:*<br>*1234 Hudson Ave.*<br>*St. Helena, CA 95474* | *Court: Superior Court, County of Sonoma*<br>*Title: Rabobank, N.A. v. Deerfield Ranch Winery, LLC*<br>*Case#: SCV 255008* | *12/04/14* | *Description: Real and personal property of the Debtor, including all inventory*<br>*Value: Debtor estimates fair market value to be $25 to $35 million.* |

**7. Gifts**

| None ☐ | List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| *Name: Kenwood Art Program*<br>*Address:*<br>*230 Randolph Ave.*<br>*Kenwood, CA 95422* | *None* | *10/04/14* | *Description: Wine Donation*<br>*Value: $311.00* |
| *Name: Hotel Council of SF*<br>*Address:*<br>*323 Geary St.*<br>*San Francisco, CA 94102* | *None* | *08/26/14* | *Description: Wine Donation*<br>*Value: $529.00* |
| *Name: Tenderloin* | *None* | *08/21/14* | *Description: Wine Donation* |

| B7 - (Official Form 7) (4/13) | | | |
|---|---|---|---|
| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| *Neighborhood Dev. Corp.* *Address:* *201 Eddy St.* *San Francisco, CA  94102* | | | *Value: $492.00* |
| *Name: St. Regis Hotel* *Address:* *125 Third St.* *San Francisco, CA  94103* | *None* | *12/11/14* | *Description: Wine Donation* *Value: $923.00* |

### 8. Losses

None ☒ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: McNutt Law Group LLP* *Address:* *219  9th Street* *San Francisco, CA  94103* | *Date of Payment: 02/06/15* *Payor: Paulette and Robert Rex* | *$40,000.00* |
| *Payee: Jigsaw Advisors LLC* *Address:* *3575 Mt. Diablo Blvd.* *Suite 215* *Lafayette, CA  94549* | *Date of Payment: 02/06/15* *Payor: Paulette and Robert Rex* | *$20,000 in cash, and wine estimated at $5,000 in value from personal collection of Paulette and Robert Rex.* |

### 10. Other transfers

None ☒ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒ b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

### 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both

spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Institution: Rabobank, N.A.*<br>*Address:*<br>*10 Maple St., #301*<br>*Sonoma, CA  95476* | *Account Type and No.:*<br>*Corporate Credit Card ending 1843*<br>*Final Balance: $0* | *April 2014* |

**12. Safe deposit boxes**

None ☒  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☐  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| *Creditor: Melony Williams*<br>*Address:*<br>*2207 12th Ave.*<br>*San Francisco, CA  94116* | *12/09/14* | *$703.05* |
| *Creditor: Steve Morse*<br>*Address:*<br>*2763 NE 17th Street*<br>*Ft. Lauderdale, FL  33305* | *12/09/14* | *$2,378.00* |
| *Creditor: Kathy Gibson*<br>*Address:*<br>*750 North Point, #3*<br>*San Francisco, CA  94109* | *12/09/14* | *$2,922.48* |
| *Creditor: Brian & Christine Marsh*<br>*Address:*<br>*16034 Wellington*<br>*Truckee, CA  96161* | *12/11/14* | *$1,509.84* |
| *Creditor: Melony Williams*<br>*Address:*<br>*2207 12th Ave.*<br>*San Francisco, CA  94116* | *12/15/14* | *$247.20* |
| *Creditor: Robin Bastar, CPA, PC*<br>*Address:*<br>*PMB 323*<br>*1791 E 2100 S*<br>*Salt Lake City, UT  84106* | *12/17/14* | *$252.30* |

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| *Creditor: Brian & Christine Marsh*<br>*Address:*<br>*16034 Wellington*<br>*Truckee, CA  96161* | *12/18/14* | *$1,208.52* |
| *Creditor: Kathy Gibson*<br>*Address:*<br>*750 North Point, #3*<br>*San Francisco, CA  94109* | *12/18/14* | *$246.24* |
| *Creditor: Nancy & Robert Chimsky*<br>*Address:*<br>*PO Box 23*<br>*Kenwood, CA  95452* | *12/19/14* | *$2,841.64* |
| *Creditor: Jan & Susan Hoeffel*<br>*Address:*<br>*540 Michael Dr.*<br>*Sonoma, CA  95476* | *12/22/14* | *$16,259.62* |
| *Creditor: Melony Williams*<br>*Address:*<br>*2207 12th Ave.*<br>*San Francisco, CA  94116* | *01/09/15* | *$699.84* |
| *Creditor: Brian & Christine Marsh*<br>*Address:*<br>*16034 Wellington*<br>*Truckee, CA  96161* | *01/28/15* | *$725.76* |
| *Creditor: Melony Williams*<br>*Address:*<br>*2207 12th Ave.*<br>*San Francisco, CA  94116* | *01/28/15* | *$1,069.20* |

### 14. Property held for another person

None ☐  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| *Owner: John Albini*<br>*Address:*<br>*PO Box 2121*<br>*Sonoma, CA  95476* | *Description: 13 barrels of wine for custom crush (includes wine, barrel, racks, and bungs)*<br>*Value: $12,352.00* | *10200 Sonoma Highway*<br>*Kenwood, CA  95452* |
| *Owner: Michael Amaro*<br>*Address:* | *Description: 7 barrels of wine for custom crush* | *10201 Sonoma Highway*<br>*Kenwood, CA  95452* |

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| 18912 Rockinghorse Ln.<br>Huntington Beach, CA 92648 | (includes wine, barrel, racks, and bungs)<br>Value: $7,063 | |
| Owner: Ashton Vineyards<br>Address:<br>PO Box 303<br>Glen Ellen, CA 95442 | Description: 48 barrels of wine for custom crush (includes wine, barrel, racks, and bungs)<br>Value: $49,950 | 10202 Sonoma Highway<br>Kenwood, CA 95452 |
| Owner: Bordigioni Family Winery<br>Address:<br>6687 Sonoma Hwy<br>Santa Rosa, CA 95409 | Description: 178 barrels of wine for custom crush (includes wine, barrel, racks, and bungs)<br>Value: $182,097 | 10203 Sonoma Highway<br>Kenwood, CA 95452 |
| Owner: Burdick Vineyard Tours<br>Address:<br>19229 Sonoma Highway<br>Sonoma, CA 95476 | Description: 26 barrels of wine for custom crush (includes wine, barrel, racks, and bungs)<br>Value: $30,975 | 10204 Sonoma Highway<br>Kenwood, CA 95452 |
| Owner: View Wines<br>Address:<br>PO Box 508<br>Kenwood, CA 95442 | Description: 9 barrels of wine for custom crush (includes wine, barrel, racks, and bungs)<br>Value: $9,744 | 10205 Sonoma Highway<br>Kenwood, CA 95452 |
| Owner: Daniel Alegre<br>Address:<br>PO Box 472470<br>San Francisco, CA 94147 | Description: 21 barrels of wine for custom crush (includes wine, barrel, racks, and bungs)<br>Value: $44,802 | 10206 Sonoma Highway<br>Kenwood, CA 95452 |
| Owner: Doug Mo<br>Address:<br>15791 Arnold Drive<br>Sonoma, CA 95476 | Description: 4 barrels of wine for custom crush (includes wine, barrel, racks, and bungs)<br>Value: $4,434 | 10208 Sonoma Highway<br>Kenwood, CA 95452 |
| Owner: Engracias<br>Address:<br>7751 Valentine Ave.<br>Sebastopol, CA 95470 | Description: 25 barrels of wine for custom crush (includes wine, barrel, racks, and bungs)<br>Value: $28,892 | 10209 Sonoma Highway<br>Kenwood, CA 95452 |
| Owner: Haywood<br>Address:<br>1800 Gehricke Rd.<br>Sonoma, CA 95476 | Description: 363 barrels of wine for custom crush (includes wine, barrel, racks, and bungs) | 10210 Sonoma Highway<br>Kenwood, CA 95452 |

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| | *Value: $370,669* | |
| *Owner: Idle Cellars*<br>*Address:*<br>*85 Menlo Place*<br>*Berkeley, CA   94707* | *Description: 32 barrels of wine for custom crush (includes wine, barrel, racks, and bungs)*<br>*Value: $37,751* | *10211 Sonoma Highway*<br>*Kenwood, CA   95452* |
| *Owner: Janos Gluck*<br>*Address:*<br>*245 Santa Clara Ave.*<br>*San Francisco, CA   94127* | *Description: 3 barrels of wine for custom crush (includes wine, barrel, racks, and bungs)*<br>*Value: $3,027* | *10212 Sonoma Highway*<br>*Kenwood, CA   95452* |
| *Owner: Jeff Jones*<br>*Address:*<br>*5260 Stow Circle*<br>*Santa Rosa, CA   95409* | *Description: 9 barrels of wine for custom crush (includes wine, barrel, racks, and bungs)*<br>*Value: $9,523* | *10213 Sonoma Highway*<br>*Kenwood, CA   95452* |
| *Owner: Muscardini Cellars*<br>*Address:*<br>*9380 Sonoma Hwy.*<br>*Kenwood, CA   95452* | *Description: 257 barrels of wine for custom crush (includes wine, barrel, racks, and bungs)*<br>*Value: $286,042* | *10215 Sonoma Highway*<br>*Kenwood, CA   95452* |
| *Owner: Parras Winery*<br>*Address:*<br>*PO Box 1337*<br>*Kenwood, CA   95452* | *Description: 12 barrels of wine for custom crush (includes wine, barrel, racks, and bungs)*<br>*Value: $12,477* | *10216 Sonoma Highway*<br>*Kenwood, CA   95452* |
| *Owner: Peking Handicraft, Inc.*<br>*Address:*<br>*1388 San Mateo*<br>*South San Francisco, CA   94080* | *Description: 22 barrels of wine for custom crush (includes wine, barrel, racks, and bungs)*<br>*Value: $22,346* | *10217 Sonoma Highway*<br>*Kenwood, CA   95452* |
| *Owner: Raj Iyer*<br>*Address:*<br>*PO Box 244*<br>*Sonoma, CA   95476* | *Description: 9 barrels of wine for custom crush (includes wine, barrel, racks, and bungs)*<br>*Value: $9,523* | *10218 Sonoma Highway*<br>*Kenwood, CA   95452* |
| *Owner: Topolos Vineyards*<br>*Address:*<br>*PO Box 33*<br>*Glen Ellen, CA   95442* | *Description: 41 barrels of wine for custom crush (includes wine, barrel, racks, and bungs)*<br>*Value: $43,137* | *10219 Sonoma Highway*<br>*Kenwood, CA   95452* |

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| *PLEASE NOTE:*<br>*Deerfield Winery has assigned the above values based on its custom crush fee of $35/ case.*<br>*(A barrel = 55 gallons; A case = 2.377538 gallons)* | | |

### 15. Prior address of debtor

None ☒    If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

### 16. Spouses and Former Spouses

None ☒    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

### 17. Environmental Information

None ☒    For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

### 18. Nature, location and name of business

None ☒    a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

None ☒ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| *Name: Rogetta Rogers, Office Manager of the Debtor*<br>*Address:*<br>*136 Mountain Vista Circle*<br>*Santa Rosa, CA   95409* | *Dates: 02/13/13 - 02/13/15* |
| *Name: Robert Rex, Managing Member of the Debtor*<br>*Address:*<br>*1310 Warm Springs Rd.*<br>*Glen Ellen, CA   95442* | *Dates: 02/13/13 - 02/13/15* |
| *Name: Addison Rex, Operations Manager of the Debtor*<br>*Address:*<br>*1310 Warm Springs Rd.*<br>*Glen Ellen, CA   95442* | *Dates: 02/13/13 - 02/13/15* |
| *Name: Steve Morse, CPA for the Debtor*<br>*Address:*<br>*2763 NE 17th St.*<br>*Ft. Lauderdale, FL   33305* | *Dates: 09/01/14 - 12/31/14* |
| *Name: Kathy Gibson, CPA for the Debtor*<br>*Address:* | *Dates: 07/01/13 - 12/31/14* |

| NAME AND ADDRESS | | DATES SERVICES RENDERED |
|---|---|---|
| *231 Marketplace, #263*<br>*San Ramon, CA  94583* | | |

None ☐  b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| *Robert Rex, Managing Member* | *1310 Warm Springs Rd.*<br>*Glen Ellen, CA  95442* | *Dates: 02/13/13 - 02/13/15* |
| *Steve Morse, CPA* | *2763 NE 17th St.*<br>*Ft. Lauderdale, FL  33305* | *Dates: 09/01/14 - 12/31/14* |
| *Kathy Gibson, CPA* | *231 Marketplace, #263*<br>*San Ramon, CA  94583* | *Dates: 07/01/13 - 12/31/14* |

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| *Name: John Hawkins, Court Appointed Receiver* | *Realty Capital Solutions*<br>*1234 Hudson Ave.*<br>*St. Helena, CA  95474* |
| *Name: Rogetta Rogers, Office Manager of the Debtor* | *136 Mountain Vista Circle*<br>*Santa Rosa, CA  95409* |
| *Name: Jim Williams, Interim CFO to Receiver* | *Carbonneau, Williams LLC*<br>*812 Chiles Ave.*<br>*St. Helena, CA  95474* |

None ☐  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

| NAME | ADDRESS | DATES ISSUED |
|---|---|---|
| *Rabobank, N.A.* | *10 Maple St., #301*<br>*Sonoma, CA  95476* | *Monthly beginning February 2013* |
| *First Community Bank* | *438 First St., #100*<br>*Santa Rosa, CA  95401* | *2014* |
| *Industrial and Commercial Bank of China* | *1001 Grant Ave.*<br>*San Francisco, CA  94133* | *2014* |

| NAME | ADDRESS | DATES ISSUED |
|---|---|---|
| *Bank of Marin* | *50 Santa Rosa Ave., Suite 100*<br>*Santa Rosa, CA 95401* | *2014* |
| *Park Hill Lenders* | *500 Cypress St., Suite S-14*<br>*Pismo Beach, CA 93449* | *2014* |
| *USDA* | *1400 Independence Ave., S.W.*<br>*Washington, DC 20250* | *2014* |
| *John Hawkins (Receiver)* | *Realty Capital Solutions*<br>*1234 Hudson Ave.*<br>*St. Helena, CA 95474* | *2014* |

**20. Inventories**

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| *01/02/15* | *Addison Rex, Operations Manager for the Debtor* | *Value: $13,405,996*<br>*Basis:*<br>*$7,608,682.64 = Retail value of cased goods (source: physical inventory)*<br>*$5,797,313.12 = Market value of bulk wine (source: borrowing base certificate)* |
| *11/05/14* | *Avis Gaffery, Rabobank, N.A.*<br>*Mark Larsen, Collateral Control, Inc.* | *Value: $12,587,473*<br>*Basis:*<br>*$7,844,437.59 = Retail value of cased goods (source: physical inventory)*<br>*$4,743,034.94 = Market value of bulk wine (source: inventory valuation prepared by Mark Larsen)* |

None ☐    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| *01/02/15* | *Custodian: Addison Rex*<br>*Address:*<br>*1310 Warm Springs Rd.*<br>*Glen Ellen, CA 95442* |
| *11/05/14* | *Custodian: Avis Gaffery*<br>*Address:*<br>*Rabobank*<br>*10 Maple St., #301*<br>*Sonoma, CA 95476* |

**21. Current Partners, Officers, Directors and Shareholders**

None ☒ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| *Name: Robert and Paulette Rex*<br>*Address:*<br>*1310 Warm Springs Rd.*<br>*Glen Ellen, CA 95442* | *Managing Members* | *30.7%* |
| *Name: Judith and Andrew McKinna*<br>*Address:*<br>*5D Landmark Drive*<br>*West Whale Bay*<br>*Southampton*<br>*Bermuda SB04* | *Member* | *7.0%* |
| *Name: Kent Evens, Evans IRA*<br>*Address:*<br>*3150 Fergusson Ln.*<br>*Pebble Beach, CA 93953* | *Member* | *6.1%* |

*PLEASE NOTE:*
*There are approximately 75 members*
*in the LLC whose ownership*
*interest is below the 5%*
*threshold.*

**22. Former partners, officers, directors and shareholders**

None ☒ a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| None ☒ | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case. |
|---|---|

**23. Withdrawals from a partnership or distribution by a corporation**

None ☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*See Attached Schedule 3c*

**24. Tax Consolidation Group.**

None ☒  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None ☒  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date  *2/27/2015*                    Signature  */s/ Robert W. Rex*

                                              *Robert W. Rex          Managing Member*
                                              Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_4_ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §§ 152 and 3571.*

Statement of Affairs - Page 14

B7 - (Official Form 7) (4/13)

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 34(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No.(Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal,, responsible person, or partner who signs this document.*

_____
Address

X _____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.***

**In re: Deerfield Ranch Winery, LLC**
**Case No. 15-10150**
**Attachment 3b to Statement of Financial Affairs**

| Name of Creditor | Address | City | State | Zip | Payment Date | Amount Paid | Amount Still Owing |
|---|---|---|---|---|---|---|---|
| AT Mobile Bottling Line | 413 St. Andrews Dr. | Napa | CA | 94558 | 11/21/14 | 1,500.00 | - |
| AT Mobile Bottling Line | 413 St. Andrews Dr. | Napa | CA | 94558 | 12/04/14 | 2,000.00 | - |
| AT Mobile Bottling Line | 413 St. Andrews Dr. | Napa | CA | 94558 | 01/14/15 | 4,604.20 | - |
| Buchalter Nemer | 55 2nd St., #1700 | San Francisco | CA | 94105 | 01/08/15 | 10,030.00 | - |
| Buchignani Garcia | PO Box 283 | Geyserville | CA | 95441 | 12/29/14 | 4,076.04 | 16,304.16 |
| Buchignani Garcia | PO Box 283 | Geyserville | CA | 95441 | 01/16/15 | 4,076.04 | 16,304.16 |
| Christopher Bowen | 4827 Kieran Ct. | Santa Rosa | CA | 95405 | 12/05/14 | 5,063.11 | 15,389.54 |
| Christopher Bowen | 4827 Kieran Ct. | Santa Rosa | CA | 95405 | 12/29/14 | 3,331.27 | 15,389.54 |
| Christopher Bowen | 4827 Kieran Ct. | Santa Rosa | CA | 95405 | 01/16/15 | 4,197.19 | 15,389.54 |
| County of Sonoma | P.O. Box 3880 | Santa Rosa | CA | 95404 | 12/08/14 | 40,097.19 | 766,048.70 |
| County of Sonoma | P.O. Box 3880 | Santa Rosa | CA | 95404 | 12/08/14 | 6,034.53 | 766,048.70 |
| Hogan's Run Vineyard | PO Box 528 | Windsor | CA | 95492 | 12/02/14 | 6,588.90 | 9,903.13 |
| John Hawkins | 1234 Hudson Ave. | St. Helena | CA | 95474 | 01/20/15 | 24,538.75 | - |
| Kaiser Permanante | PO Box 23219 | San Diego | CA | 23219 | 12/15/14 | 3,727.00 | - |
| Kaiser Permanante | PO Box 23219 | San Diego | CA | 23219 | 01/19/15 | 397.00 | - |
| Kaiser Permanente | PO Box 23219 | San Diego | CA | 23219 | 11/18/14 | $ 1,665.00 | $ - |
| Kenwood Marsh Checkerbloom Society | 1310 Warm Springs Rd. | Glen Ellen | CA | 95442 | 11/24/14 | 7,075.00 | 654.70 |
| Monvera | 1414 Harbour Way South, Ste. 1400 | Richmond | CA | 94804 | 11/26/14 | 3,954.50 | - |
| Monvera | 1414 Harbour Way South, Ste. 1400 | Richmond | CA | 94804 | 01/20/15 | 4,846.04 | - |
| Monvera | 1414 Harbour Way South, Ste. 1400 | Richmond | CA | 94804 | 01/28/15 | 5,520.50 | - |
| Morrison Vineyard | 905 Adobe Canyon Rd. | Kenwood | CA | 95452 | 12/29/14 | 2,869.53 | 21,521.44 |
| Morrison Vineyard | 905 Adobe Canyon Rd. | Kenwood | CA | 95452 | 01/16/15 | 4,304.29 | 21,521.44 |
| Pack N' Ship Direct | 830 Den Beste Ct. | Windsor | CA | 95492 | 11/26/14 | 3,881.45 | 7,820.88 |
| Pack N' Ship Direct | 830 Den Beste Ct. | Windsor | CA | 95492 | 12/16/14 | 3,226.92 | 7,820.88 |
| Pack N' Ship Direct | 830 Den Beste Ct. | Windsor | CA | 95492 | 01/08/15 | 4,764.52 | 7,820.88 |
| Peterson Vineyard | 260 Frey Rd. | Santa Rosa | CA | 95409 | 11/26/14 | 1,200.00 | 21,218.71 |
| Peterson Vineyard | 260 Frey Rd. | Santa Rosa | CA | 95409 | 12/29/14 | 2,336.45 | 21,218.71 |
| Peterson Vineyard | 260 Frey Rd. | Santa Rosa | CA | 95409 | 01/16/15 | 3,536.45 | 21,218.71 |
| PG&E | 3965 Occidental Rd. | Santa Rosa | CA | 95401 | 11/18/14 | 5,983.10 | - |
| PG&E | 3965 Occidental Rd | Santa Rosa | CA | 95401 | 12/15/14 | 26.99 | - |

**ATTACHMENT 3b TO STATEMENT OF FINANCIAL AFFAIRS**

Page 1 of 2

In re: Deerfield Ranch Winery, LLC
Case No. 15-10150
Attachment 3b to Statement of Financial Affairs

| Name of Creditor | Address | City | State | Zip | Payment Date | Amount Paid | Amount Still Owing |
|---|---|---|---|---|---|---|---|
| PG&E | 3965 Occidental Rd. | Santa Rosa | CA | 95401 | 12/17/14 | 615.31 | - |
| PG&E | 3965 Occidental Rd. | Santa Rosa | CA | 95401 | 12/23/14 | 3,460.29 | - |
| PG&E | 3965 Occidental Rd. | Santa Rosa | CA | 95401 | 01/13/15 | 989.23 | - |
| PG&E | 3965 Occidental Rd. | Santa Rosa | CA | 95401 | 01/13/15 | 41.47 | - |
| PG&E | 3965 Occidental Rd. | Santa Rosa | CA | 95401 | 01/20/15 | 272.97 | - |
| PG&E | 3965 Occidental Rd. | Santa Rosa | CA | 95401 | 01/27/15 | 2,162.02 | - |
| PG&E | 3965 Occidental Rd. | Santa Rosa | CA | 95401 | 02/06/15 | 276.71 | - |
| Sonoma County Vintner's Coop | 325 Den Beste Ct. | Santa Rosa | CA | 95409 | 11/26/14 | 2,565.97 | 3,119.17 |
| Sonoma County Vintner's Coop | 325 Den Beste Ct. | Santa Rosa | CA | 95409 | 12/16/14 | 1,175.37 | 3,119.17 |
| Sonoma County Vintner's Coop | 325 Den Beste Ct. | Santa Rosa | CA | 95409 | 01/06/15 | 1,593.88 | 3,119.17 |
| Sonoma County Vintner's Coop | 325 Den Beste Ct. | Santa Rosa | CA | 95409 | 01/16/15 | 1,203.40 | 3,119.17 |
| Sonoma County Vintner's Coop | 325 Den Beste Ct. | Santa Rosa | CA | 95409 | 01/20/15 | 799.15 | 3,119.17 |
| Tricorbraun Winepak | 2280 Cordelia Rd. | Fairfield | CA | 94534 | 11/18/14 | 6,672.14 | - |
| Vinea | ZA Chaume de Bel Air | 17500 St Germaine de Lusignan | FRANCE | | 11/25/14 | 2,378.52 | 14,507.42 |
| Vinea | ZA Chaume de Bel Air | 17500 St Germaine de Lusignan | FRANCE | | 01/28/15 | 3,819.64 | 14,507.42 |
| Wineshipping | 50 Technology Ct. | Napa | CA | 94558 | 11/26/14 | 4,212.85 | 11,149.35 |
| Wineshipping | 50 Technology Ct. | Napa | CA | 94558 | 12/16/14 | 3,808.60 | 11,149.35 |
| Wineshipping | 50 Technology Ct. | Napa | CA | 94558 | 12/30/14 | 203.87 | 11,149.35 |
| Wineshipping | 50 Technology Ct. | Napa | CA | 94558 | 01/13/15 | 5,399.00 | 11,149.35 |
| Wineshipping | 50 Technology Ct. | Napa | CA | 94558 | 02/05/15 | 350.60 | 11,149.35 |
| Wineshipping | 50 Technology Ct. | Napa | CA | 94558 | 02/05/15 | 3,925.00 | 11,149.35 |
| Woodside Electronics Corp | 1311 Bluegrass Place | Woodland | CA | 95776 | 12/30/14 | 6,165.00 | - |
| Woodvalley Road Vineyard | 717 Scott St. | San Francisco | CA | 94119 | 12/29/14 | 7,425.45 | 14,850.89 |
| Woodvalley Road Vineyard | 717 Scott St. | San Francisco | CA | 94119 | 01/16/15 | 7,425.45 | 14,850.89 |
| World Wine Bottles and Packaging | 1370 Trancas St., Ste. 411 | Napa | CA | 94558 | 11/26/14 | 2,500.00 | 2,923.38 |
| World Wine Bottles and Packaging | 1370 Trancas St., Ste. 411 | Napa | CA | 94558 | 12/16/14 | 2,716.56 | 2,923.38 |
| World Wine Bottles and Packaging | 1370 Trancas St., Ste. 411 | Napa | CA | 94558 | 01/13/15 | 3,000.00 | 2,923.38 |
| World Wine Bottles and Packaging | 1370 Trancas St., Ste. 411 | Napa | CA | 94558 | 01/28/15 | 3,429.00 | 2,923.38 |
| Zukowski Vineyard | 18345 State Highway | Calistoga | CA | 94515 | 12/29/14 | 8,437.26 | 15,355.38 |

ATTACHMENT 3b TO STATEMENT OF FINANCIAL AFFAIRS

Page 2 of 2

Case: 15-10150    Doc# 31    Filed: 02/27/15    Entered: 02/27/15 23:51:11    Page 17 of 19

| Name of Creditor and Relationship to Debtor | Address | City | State | Zip | Payment date | Amount paid |
|---|---|---|---|---|---|---|
| Robert Rex | 1310 Warm Springs Rd. | Glen Ellen | CA | 95442 | 03/01/14 | $ 8,333.33 |
| Managing Member | | | | | 04/01/14 | 8,333.33 |
| | | | | | 05/01/14 | 8,333.33 |
| | | | | | 06/01/14 | 8,333.33 |
| | | | | | 07/01/14 | 8,333.33 |
| | | | | | 08/01/14 | 8,333.33 |
| | | | | | 09/01/14 | 8,333.33 |
| | | | | | 10/01/14 | 8,333.33 |
| | | | | | 11/01/14 | 8,333.33 |
| | | | | | 12/01/14 | 8,333.33 |
| | | | | | 12/12/14 | 1,800.00 |
| | | | | | 12/22/14 | 1,500.00 |
| | | | | | 12/29/14 | 1,500.00 |
| | | | | | 02/01/15 | 8,333.33 |
| | | | | | Total | $ 96,466.63 |
| Paulette Rex | 1310 Warm Springs Rd. | Glen Ellen | CA | 95442 | 03/01/14 | $ 5,833.33 |
| Managing Member | | | | | 04/01/14 | 5,833.33 |
| | | | | | 05/01/14 | 5,833.33 |
| | | | | | 06/01/14 | 5,833.33 |
| | | | | | 07/01/14 | 5,833.33 |
| | | | | | 08/01/14 | 5,833.33 |
| | | | | | 09/01/14 | 5,833.33 |
| | | | | | 10/01/14 | 5,833.33 |
| | | | | | 11/01/14 | 5,833.33 |
| | | | | | 12/01/14 | 5,833.33 |
| | | | | | 12/12/14 | 1,800.00 |
| | | | | | 12/22/14 | 1,500.00 |
| | | | | | 12/29/14 | 1,500.00 |
| | | | | | 02/01/15 | 5,833.33 |
| | | | | | Total | $ 68,966.63 |

| Name of Creditor and Relationship to Debtor | Address | City | State | Zip | Payment date | Amount paid |
|---|---|---|---|---|---|---|
| Addison Rex | 1310 Warm Springs Rd. | Glen Ellen | CA | 95442 | 02/21/14 | $ 1,072.46 |
| Operations Manager | | | | | 03/07/14 | 1,072.46 |
| | | | | | 03/21/14 | 1,072.45 |
| | | | | | 04/04/14 | 1,072.47 |
| | | | | | 04/22/14 | 228.38 |
| | | | | | 04/22/14 | 1,072.45 |
| | | | | | 05/06/14 | 1,072.46 |
| | | | | | 05/22/14 | 1,072.45 |
| | | | | | 06/06/14 | 1,072.47 |
| | | | | | 06/20/14 | 1,068.36 |
| | | | | | 07/03/14 | 1,068.38 |
| | | | | | 07/22/14 | 432.75 |
| | | | | | 07/22/14 | 1,068.36 |
| | | | | | 08/06/14 | 1,068.37 |
| | | | | | 08/22/14 | 1,068.37 |
| | | | | | 09/05/14 | 1,068.37 |
| | | | | | 09/19/14 | 1,242.24 |
| | | | | | 10/07/14 | 1,068.36 |
| | | | | | 10/21/14 | 1,068.38 |
| | | | | | 11/06/14 | 1,495.70 |
| | | | | | 11/20/14 | 1,068.37 |
| | | | | | 12/04/14 | 502.77 |
| | | | | | 12/04/14 | 1,102.74 |
| | | | | | 12/18/14 | 1,068.36 |
| | | | | | 02/26/15 | 1,071.77 |
| | | | | | Total | $ 25,339.70 |
| Martin Rex | 22482 Cloud Creek Place | Cottonwood | CA | 96422 | 03/06/14 | $ 3,000.00 |
| Former General Manager | | | | | 04/09/14 | 3,000.00 |
| | | | | | 05/06/14 | 3,000.00 |
| | | | | | 06/06/14 | 3,000.00 |
| | | | | | 07/11/14 | 3,000.00 |
| | | | | | 08/07/14 | 3,000.00 |
| | | | | | 09/04/14 | 3,000.00 |
| | | | | | 10/06/14 | 3,000.00 |
| | | | | | 11/11/14 | 3,000.00 |
| | | | | | 12/04/14 | 3,000.00 |
| | | | | | Total | $ 30,000.00 |