B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

In re *Deerfield Ranch Winery, LLC*  
*a California Corporation*

Case No. *15-10150-AJ*  
Chapter *11*

Debtor(s)

# AMENDED
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*Tonnellerie de Jarnac*<br>*PO Box 659*<br>*Napa CA 94559* | Phone:<br>*Tonnellerie de Jarnac*<br>*PO Box 659*<br>*Napa CA 94559* | *Goods and Services* | | *$ 14,733.75* |
| 2<br>*Vinea*<br><br>*17500 St-Germain de*<br>*FRANCE* | Phone: *33 0 546485098*<br>*Vinea*<br>*ZA de Chaume de Bel Air*<br>*17500 St-Germain de*<br>*FRANCE* | *Goods and Services* | | *$ 14,507.42* |
| 3<br>*Tonnellerie Vernou Doreau*<br>*888 Post Street*<br>*San Francisco CA 94109* | Phone: *(415) 474-1588*<br>*Tonnellerie Vernou Doreau*<br>*888 Post Street*<br>*San Francisco CA 94109* | *Goods and Services* | | *$ 12,497.64* |
| 4<br>*Vitroval USA*<br>*6420 Goodyear Rd.*<br>*Benicia CA 94510* | Phone: *(707) 812-7859*<br>*Vitroval USA*<br>*6420 Goodyear Rd.*<br>*Benicia CA 94510* | *Goods and Services* | | *$ 9,689.04* |
| 5<br>*Robin Bastar CPA, PC*<br><br>*1791 E 2100 S*<br>*Salt Lake City UT  84106* | Phone: *(801) 994-5400*<br>*Robin Bastar CPA, PC*<br>*PMB 323*<br>*1791 E 2100 S*<br>*Salt Lake City UT  84106* | *Professional Services* | | *$ 6,541.63* |

_____ ,
                         Debtor(s)

# AMENDED
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>CA Board of Equalization<br><br>PO Box 942879<br>Sacramento CA  94279-0029 | Phone:<br>CA Board of Equalization<br>Acct. & Analysis Sect., MIC:29<br>PO Box 942879<br>Sacramento CA  94279-0029 | State Taxes | U | $ 6,072.23 |
| 7<br>Pack n' Ship Direct<br>830 DenBeste Court, Ste. C<br>Windsor CA 95492 | Phone: (707) 838-2203<br>Pack n' Ship Direct<br>830 DenBeste Court, Ste. C<br>Windsor CA 95492 | Goods and Services | | $ 5,687.31 |
| 8<br>Michael Bader<br>1220 Vancouver Ave.<br>Burlingame CA 94010 | Phone:<br>Michael Bader<br>1220 Vancouver Ave.<br>Burlingame CA 94010 | Goods and Services | | $ 5,546.35 |
| 9<br>Wineshipping<br>50 Technology Ct.<br>Napa CA 94558 | Phone:<br>Wineshipping<br>50 Technology Ct.<br>Napa CA 94558 | Goods and Services | | $ 5,483.95 |
| 10<br>CA Employment Development Department<br>Bankruptcy Unit - MIC 92E<br>Sacramento CA 94280-0001 | Phone:<br>CA Employment Development Department<br>Bankruptcy Unit - MIC 92E<br>Sacramento CA 94280-0001 | State Taxes | U | $ 5,124.14 |
| 11<br>Carbonneau, Williams LLC<br>812 Chiles Ave.<br>St Helena CA 94574 | Phone:<br>Carbonneau, Williams LLC<br>812 Chiles Ave.<br>St Helena CA 94574 | Accounting Services for Receiver | U D | $ 3,422.50 |
| 12<br>Beyers Costin, PC<br>200 Fourth St., Suite 400<br>Santa Rosa CA 95402-0878 | Phone:<br>Beyers Costin, PC<br>200 Fourth St., Suite 400<br>Santa Rosa CA 95402-0878 | Professional Services | U D | $ 3,376.50 |
| 13<br>World Wine Bottles and Packaging<br>1370 Trancas St., Ste. 411<br>Napa CA 94558 | Phone:<br>World Wine Bottles and Packaging<br>1370 Trancas St., Ste. 411<br>Napa CA 94558 | Goods and Services | | $ 2,923.38 |

B4 (Official Form 4) (12/07)

_____,
                          Debtor(s)

# AMENDED
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>Kaiser Permanente<br>PO Box 23219<br>San Diego CA 92193-3219 | Phone:<br>Kaiser Permanente<br>PO Box 23219<br>San Diego CA 92193-3219 | Goods and Services | | $ 2,459.00 |
| 15<br>Topolos Vineyards<br><br>PO Box 33<br>Glen Ellen CA  95442 | Phone:<br>Topolos Vineyards<br>Mike Topolos<br>PO Box 33<br>Glen Ellen CA  95442 | Goods and Services | | $ 2,230.00 |
| 16<br>Pickering Winery Supply<br>888 Post Street<br>San Francisco CA 94109 | Phone:<br>Pickering Winery Supply<br>888 Post Street<br>San Francisco CA 94109 | Goods and Services | | $ 2,195.00 |
| 17<br>Cecilia Valdivia-Peritore<br>1140 Wild Rose Dr.<br>Santa Rosa CA 95401 | Phone:<br>Cecilia Valdivia-Peritore<br>1140 Wild Rose Dr.<br>Santa Rosa CA 95401 | Wages & Vacation | | $ 2,169.86 |
| 18<br>Friedman Bros.<br>PO Box 2107<br>Rohnert Park CA 94927-2107 | Phone:<br>Friedman Bros.<br>PO Box 2107<br>Rohnert Park CA 94927-2107 | Goods and Services | | $ 2,126.69 |
| 19<br>M.A. Silva<br>3433 Westwind Blvd.<br>Santa Rosa CA 94503 | Phone:<br>M.A. Silva<br>3433 Westwind Blvd.<br>Santa Rosa CA 94503 | Goods and Services | | $ 2,042.50 |
| 20<br>Ricardo Juarez<br>18042 Greger St.<br>Sonoma CA 95476 | Phone:<br>Ricardo Juarez<br>18042 Greger St.<br>Sonoma CA 95476 | Wages & Vacation | | $ 2,016.00 |

B4 (Official Form 4) (12/07)

_____ ,
                        Debtor(s)

# AMENDED
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Robert W. Rex*, *Managing Member* of the *Corporation* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *2/27/2015*          Signature */s/ Robert W. Rex*
                           Name: *Robert W. Rex*
                           Title: *Managing Member*