| | |
|---|---|
| 1 | MCNUTT LAW GROUP LLP |
| | SCOTT H. MCNUTT (CSBN 104696) |
| 2 | SHANE J. MOSES (CSBN 250533) |
| | THOMAS B. RUPP (CSBN 278041) |
| 3 | 219 9th Street |
| | San Francisco, California 94103 |
| 4 | Telephone: (415) 995-8475 |
| | Facsimile: (415) 995-8487 |
| 5 | |
| | Proposed Attorneys for DEBTOR |
| 6 | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re | Case No. 15-10150-AJ |
| DEERFIELD RANCH WINERY, LLC, | Chapter 11 |
| Debtor. | **LIST OF EQUITY SECURITY HOLDERS (FRBP 1007)** |

Deerfield Ranch Winery, LLC, the debtor and debtor-in-possession in the above captioned Chapter 11 reorganization case ("Deerfield" or the "Debtor") hereby files its list of equity security holders, pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3).

I declare under penalty of perjury under the laws of the United States of America that the List of Equity Security Holders attached hereto as **Exhibit A** is true and correct to the best of my knowledge, information, and belief.

DATED: March 2, 2015           DEERFIELD RANCH WINERY, LLC

                               By:     */s/ Robert W. Rex*
                                       Robert W. Rex
                                       Managing Member

## List of Equity Security Holders
As of February 13, 2015

| Last Name | First Name or Contact | Address | City | State | ZIP | Capital Account | Regular Units Owned | Class A Units | Options issued not purchased | Option Purchase Price | Percent Ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbot Finance Corporation | Windship Ltd. (Bermuda) | 48 par-la-ville Rd., Ste. 240 | Hamilton | HM11 | Bermuda | $ 75,000.00 | 15.00 | | | | 0.5877% |
| Agenda Limited | John Sharpe | PO Box 62 | Warwick | WKBX | Bermuda | 146,250.00 | 50.75 | | | | 1.9885% |
| Blumenthal | Warren S. | 408 E Ravine Baye Rd. | Milwaukee | WI | 53217 | 62,500.00 | 5.00 | | | | 0.1959% |
| Blumenthal | Steven H. | 408 E Ravine Baye Rd. | Milwaukee | WI | 53217 | 62,500.00 | 5.00 | | | | 0.1959% |
| Bennett | Randal T. | 453 France St. | Sonoma | CA | 95442 | 100,000.00 | 10.00 | | | | 0.3918% |
| Berntsen | Even | 19 Ledge Rd. | Old Greenwich | CT | 6870 | 175,000.00 | 25.00 | | | | 0.9795% |
| Browne | Michael S. | 186 Bouquet Circle North | Windsor | CA | 95492 | 5,000.00 | 2.00 | | | | 0.0784% |
| Brush | Edmond | 6270 Von Kettle Rd. | Forestville | CA | 94536 | 10,000.00 | 2.00 | | | | 0.0784% |
| Buchheit | Gerald A. | 3275 Benzing Rd. | Orchard Park | NY | 14127 | 195,000.00 | 13.00 | | | | 0.5094% |
| Bugay | John Kennon | PO Box 2618 | Santa Rosa | CA | 95405 | 75,000.00 | 10.00 | | | | 0.3918% |
| Bugay | Reta Gudmundson | 926A Diablo Ave., #153 | Novato | CA | 94947 | 75,000.00 | 10.00 | | | | 0.3918% |
| Caicos Investments Limited | Windship Ltd. (Bermuda) | 48 par-la-ville Rd., Ste. 240 | Hamilton | HM11 | Bermuda | 50,000.00 | 10.00 | | | | 0.3918% |
| Carducci Associates, Inc | Vince Lattanzio | 1092 Bell Marin Keys Blvd. | Novato | CA | 94949 | 65,000.00 | 11.00 | | | | 0.4310% |
| Chimsky | Rob and Nancy | 24101 Wine Country Ct. | Sonoma | CA | 95476 | 200,000.00 | 15.00 | | | | 0.5877% |
| Cluck | Margaret | 400 S. Lake Ave. | Pasadena | CA | 91101 | - | 1.00 | | | | 0.0392% |
| Constantine | Jamie P. Constantine | 110 10th St., #401 | Des Moines | IA | 50309 | 133,750.00 | 20.25 | | | | 0.7934% |
| Couper | Colin | 1 Lulworth Ln. | Penbroke | HM05 | Bermuda | 200,000.00 | 40.00 | | | | 1.5673% |
| Cunningham | Jeanie | 1716 Burnell Dr. | Los Angeles | CA | 90065 | 5,000.00 | 2.00 | | | | 0.0784% |
| Deane | Richard | 15647 Linda Ave. | Los Gatos | CA | 95032 | 20,000.00 | 2.00 | | | | 0.0784% |
| Deerfield Investors LLC | Robin Bastar (contact) | 201 Tamal Vista Blvd. | Corte Madera | CA | 94925 | 70,000.00 | 11.00 | | | | 0.4310% |
| Deschamps | Jean-Claude | 5 RueBernard de Clairvaux | Paris | France | 75003 | 515,000.00 | 36.00 | 10.00 | | | 1.8024% |
| Dillingham | Betty Lou | 1508 Smith Rd. | Yuba City | CA | 95993 | 301,391.90 | 28.00 | 8.91 | | | 1.4462% |
| Eimer/Cartwright | Stephen Eimer | 1022 Chestnut Ave. | San Francisco | CA | 94109 | 100,000.00 | 10.00 | | | | 0.3918% |
| Eisenbrown | Robert and Ann Pieper | 3244 N. Hackett | Milwaukee | WI | 53211 | 150,000.00 | 20.00 | | | | 0.7836% |
| Eisenbrown | Steven & Marcia Jo | 1317 Bell Rd. | Chagrin Falls | OH | 44022 | 175,000.00 | 25.00 | | | | 0.9795% |
| Evans | Kent Evans | 3150 Fergusson Ln. | Pebble Beach | CA | 93953 | 1,011,770.00 | 100.00 | 43.34 | | | 5.6163% |

| Last Name | First Name or Contact | Address | City | State | ZIP | Capital Account | Regular Units Owned | Class A Units | Options issued not purchased | Option Purchase Price | Percent Ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Factor | Davis | PO Box 309 | Carmel Valley | CA | 93924 | 100,000.00 | 10.00 | | | | 0.3918% |
| Feldman | Tom | 5000 Shoreline Cr., Ste. 101 | So. San Francisco | CA | 94080 | 161,351.25 | 6.25 | 8.41 | | | 0.5744% |
| Franklin | Brian | 3923 Arnold St. | Houston | TX | 77005 | 100,000.00 | 10.00 | | | | 0.3918% |
| Fudge | William | 2431 NW 152nd St. | Clive | IA | 50325 | 50,000.00 | 5.00 | | | | 0.1959% |
| Gallus | Fay | PO Box 1010 | Kenwood | CA | 95452 | 125,000.00 | 24.00 | | | | 0.9404% |
| Gerson Family Trust | Sam Gerson & Shelley Nathan | 2811 Regent St. | Berkeley | CA | 94705 | 50,000.00 | 10.00 | | | | 0.3918% |
| Hoeffel | Jan | 540 Michael Dr. | Sonoma | CA | 95476 | 663,368.06 | 12.50 | 40.67 | | | 2.0833% |
| Hood | Mark | PO Box 161436 | Austin | TX | 78716 | 60,000.00 | 6.00 | | | | 0.2351% |
| Hunter | Sean | 33 East Cedar, Apt. 12B | Chicago | IL | 60611 | 50,000.00 | 20.00 | | | | 0.7836% |
| Hyde | Richard | 10 Bayview Ave. | Belvedere | CA | 94920 | 113,750.00 | 16.25 | | | | 0.6367% |
| Jackson | Kathleen | 1504 Owls Perch Place | Santa Rosa | CA | 95409 | 10,000.00 | 4.00 | | | | 0.1567% |
| Jacob | Frank Werner | Osterkamp 59 C | Hamburg | Germany | 22043 | 87,500.00 | 7.00 | | | | 0.2743% |
| Juarez (In Trust by RR & PJ Rex) | Ricardo | 18042 Greger St. | Sonoma | CA | 95476 | 50,000.00 | 5.00 | | | | 0.1959% |
| LaBruzzo | Ron | 4251 Flat Rock Circle | Santa Rosa | CA | 95409 | 40,000.00 | 9.00 | | | | 0.3526% |
| Larsen | Robert & Anne-Marie Larsen | 2355 Bittern St. | Arroyo Grande | CA | 93402 | 50,000.00 | 24.00 | | | | 0.9404% |
| Lattanzio | Vince & Susan | 1092 Bell Marin Keys Blvd. | Novato | CA | 94949 | 10,000.00 | 4.00 | | | | 0.1567% |
| Leach | Randall & Mimi | 4749 Westley Chapel Rd. | Free Union | VA | 22940 | 100,000.00 | 20.00 | | | | 0.7836% |
| LOL Group LLC | Sugiarto "Wan" Suwandi (Contact) | 1300 North Astor St., Unit 18A | Chicago | IL | 60610 | 120,000.00 | 14.00 | | | | 0.5485% |
| Marsh (Rex) | Christine | 16034 Wellington Way | Truckee | CA | 96161 | 10,647.12 | 4.00 | | | | 0.1567% |
| Matthews | Phillip G | 6170 Sherry Lane, #100 | Dallas | TX | 75225 | 50,000.00 | 5.00 | | | | 0.1959% |
| McCollor | D. Clay | 2929 W. Dallas St. | Houston | TX | 77019 | 56,250.00 | 6.25 | | | | 0.2449% |
| Mc Devitt | William H. | 1926 Bristol St. | Petaluma | CA | 94954 | 20,000.00 | 4.00 | | | | 0.1567% |
| McKinna | Judith & Andrew | 5D Landmark Dr. West Whale Bay | Southhampton | SB04 | Bermuda | 1,181,773.58 | 115.00 | 48.54 | 100 | $2,500 | 6.4078% |
| Morris | Dr. Tomos Huw | 5145 Chaparral Rd. | Paso Robles | CA | 93446 | 1,263,750.00 | 33.75 | 80.00 | | | 4.4569% |
| Morse | Steve | 2763 NE 17th St. | Ft. Lauderdale | FL | 33305 | 60,000.00 | 22.00 | | | | 0.8620% |
| Morton | Roscoe F. | 1221 Pleasant St., #100 | Des Moines | IA | 50309 | 50,000.00 | 5.00 | | | | 0.1959% |
| Motarex | Daxton | 16034 Wellington Way | Truckee | CA | 96161 | 647.12 | 2.00 | | | | 0.0784% |
| Muldrew Two Limited | Jane Collis | 33 Wilkenson Ave. | Hamilton | | Bermuda | 100,000.00 | 20.00 | | | | 0.7836% |

**EXHIBIT A**

| Last Name | First Name or Contact | Address | City | State | ZIP | Capital Account | Regular Units Owned | Class A Units | Options issued not purchased | Option Purchase Price | Percent Ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|
| P & L Specialties | Ed Barr | 1650 Almar Parkway | Santa Rosa | CA | 95403 | 60,000.00 | 6.00 | | | | 0.2351% |
| Perkins | Dean | 1800 9th Ave., Suite 1630 | Seattle | WA | 98101 | 50,000.00 | 5.00 | | | | 0.1959% |
| Randlett | Thomas | 750 North Point, #3 | San Francisco | CA | 94109 | 70,000.00 | 10.00 | | | | 0.3918% |
| Raposo | Gilbert F. & Patricia L | 1445 Daily Drive | San Leandro | CA | 94577 | 150,000.00 | 20.00 | | | | 0.7836% |
| Rappeport Family LLC | Anthony Weldon | PD Box DV362 26 Middle Road | | Bermuda | | 275,000.00 | 75.00 | | | | 2.9386% |
| Rawson | David | 2744 Green St. | San Francisco | CA | 94123 | 70,000.00 | 10.00 | | | | 0.3918% |
| Rex | Martin & Sandra | 22482 Cloud Creek Place | Cottonwood | CA | 96422 | 426,018.21 | 65.00 | 20.52 | 60 | $5,000 | 3.3508% |
| Rex | Michael | 42 Sais Ave. | San Anselmo | CA | 94960 | 2,553.09 | 5.00 | | | | 0.1959% |
| Rex | Patricia | 3115 Gross Rd. | Santa Cruz | CA | 95062 | 2,553.09 | 5.00 | | | | 0.1959% |
| Rex | Robert & PJ | 1310 Warm Springs Rd. | Glen Ellen | CA | 95442 | 2,999,693.84 | 749.51 | | 222 | 2,500 - $10,000 | 29.3672% |
| Rex | Ronald | 9736 S.E. 71st Ct. | Ocala | FL | 34472 | 2,553.09 | 5.00 | | | | 0.1959% |
| Rogers | Rogetta | 136 Mountain Vista Circle | Santa Rosa | CA | 95409 | 161,568.72 | 40.00 | 4.93 | | | 1.7604% |
| Sanborn | Alvin & Jarisse | PO Box 418 | Silverthorne | CO | 80498 | 290,000.00 | 48.00 | | | | 1.8807% |
| Schuh | Michael | 400 Old Bennett Trail | Glen Ellen | CA | 95442 | 60,000.00 | 22.00 | | | | 0.8620% |
| Scremin | Dennis | 834 Olima St. | Sausalito | CA | 94965 | 5,000.00 | 2.00 | | | | 0.0784% |
| Souder | Sheila Ray | 301 North Ave., Unit 301 | San Rafael | CA | 94903 | 5,000.00 | 2.00 | | | | 0.0784% |
| South-Tex Turbine Co. | Steve Struve | 2875 Northtowne Ln PMB317 | Reno | NV | 89512 | 50,000.00 | 20.00 | | | | 0.7836% |
| Steiner | Alex | Limmattalstr 259 | 8049 Zurich | Switzerland | | 9,441.36 | 7.50 | | | | 0.2939% |
| Sullivan | Kevin R. | 1845 Massachusetts Ave. | McLean | VA | 22101 | 100,000.00 | 10.00 | | | | 0.3918% |
| Tan | Cheng Gay | 31 Oriole Crescent | Singpore | Signapore | 288624 | 325,000.00 | 181.00 | | | | 7.0919% |
| Tan | Choo Suan | 31 Oriole Crescent | Singpore | Signapore | 288624 | 100,000.00 | 10.00 | | | | 0.3918% |
| Tate | Tom & Judy | 11308 Woodley Ave. | Granada Hills | CA | 91344 | 26,250.00 | 7.25 | | | | 0.2841% |
| Van der Schueren | Giudo | Zuylenveld 10 | 9830 Sint-Martens-Latem | Belgium | | 150,000.00 | 12.00 | | | | 0.4702% |
| Vietti | Johnathan Mark | 2001 Range Ave., #174 | Santa Rosa | CA | 95401 | 15,000.00 | 1.00 | | | | 0.0392% |
| Wallach | Lewis and Cynthia Harrison | 60 Verissimo Ave. | Novato | CA | 94947 | 150,000.00 | 10.00 | | | | 0.3918% |
| Weiss-Wilcox Trust | George Weiss Jr. & Mary E. Wilcox | 295 5th St. W. | Sonoma | CA | 95476 | 100,000.00 | 20.00 | | | | 0.7836% |
| Wensloff | Glenn Wensloff | 1398 Deer Canyon Rd. | Arroyo Grande | CA | 93420 | 30,000.00 | 2.00 | | | | 0.0784% |
| Williams | Melony Williams & Sidney Wilson | 2207 12th Ave. | San Francisco | CA | 94116 | 100,000.00 | 10.00 | | | | 0.3918% |

| Last Name | First Name or Contact | Address | City | State | ZIP | Capital Account | Regular Units Owned | Class A Units | Options issued not purchased | Option Purchase Price | Percent Ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ewr | T.J. | 3015 124th Ave. | Bellevue | WA | 98005 | 56,250.00 | 6.25 | | | | 0.2449% |
| Zile | Don | 2600 Jordan Grove | West Des Moines | IA | 50265 | 179,614.02 | 11.00 | 6.37 | | | 0.6806% |
| | | | | | | $ 14,733,694.44 | 2280.51 | 271.69 | 382 | | 100.0000% |