1

2

3

4  UNITED STATES BANKRUPTCY COURT

5  NORTHERN DISTRICT OF CALIFORNIA

6  In re

7  Deerfield Ranch Winery, LLC                No. 15-10150

8                                             Date: April 17, 2015
                                             Time: 9:00 a.m.
9                                             Location: U. S. Bankruptcy Court
                                                       99 S. E St.
10                         Debtor(s).                   Santa Rosa, CA
_____/

11            CHAPTER 11 STATUS CONFERENCE ORDER AND
12            NOTICE OF POSSIBLE CONVERSION OR DISMISSAL
                         _____
13

14      A status conference, as mandated by  § 105(d) of the  Bankruptcy Code, shall be held at the

above date, time and location.

15

16      At the status conference, the Debtor's principal bankruptcy counsel and the Debtor(s) (or the

17  responsible individual if the debtor is a corporation or partnership) shall appear and advise the court of

the following:

18

19      1.  Whether the small business or single asset real estate provisions of the Bankruptcy Code

20  apply.

21      2.  The business, financial, and other problems that prompted the bankruptcy filing.

22      3.  How the Debtor intends to use the provisions of the Bankruptcy Code to resolve the

23  problems.

24      4.  What cash collateral exists in the case, and how it is being treated.

25      5.  What compensation arrangement has been made with debtor's counsel, and how any retainer

26  is being handled.

1

6.  If the case involves an individual, whether there are any conflicts between the debtor and the estate.

7.  Whether counsel for the debtor has obtained approval of his or her employment.

8.  Any professional employed by the estate who does not have malpractice insurance.

9.  If the debtor is an individual, the effect on the case if an appellate court determines that the absolute priority rule applies.

10.  Whether the Debtor has complied with all rules and guidelines governing debtors in possession, including the filing of monthly operating reports, the establishment of debtor-in-possession bank accounts, payment of postpetition taxes and U.S. Trustee fees, and proof of adequate insurance.

11.  A suggested deadline for confirmation of a plan.

At least five days before the status conference, Debtor's counsel shall file and serve on all parties who are not ECF Registered Participants a status conference statement discussing all of the above items.  The statement shall not exceed five pages in length and shall contain no attachments.  In cases with more than 20 creditors, only the 20 largest need be served..

At the status conference the court will set such deadlines as seem appropriate and may dismiss or convert the case or appoint a trustee if cause exists, including failure of the Debtor to appear or comply with the terms of this order.

IT IS SO ORDERED.

Dated: March 9, 2015



Alan Jaroslovsky
U.S. Bankruptcy Judge

2