TRACY HOPE DAVIS
United States Trustee for Region 17
United States Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-2736
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

By:   DONNA S. TAMANAHA (WI#1013199)
      Assistant United States Trustee
      Email: donna.s.tamanaha@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

In re                                          ) No.   15-10150 AJ
                                               )
**DEERFIELD RANCH WINERY, LLC**,               ) Chapter 11
a California corporation,                      )
                                               )
                    Debtor.                    )

# APPOINTMENT OF THE OFFICIAL
# COMMITTEE OF UNSECURED CREDITORS

Pursuant to 11 U.S.C. § 1102(a), Tracy Hope Davis, the United States Trustee for Region 17, hereby appoints the following unsecured creditors to be members of the official committee of unsecured creditors in the above-captioned case:

**1.**   **TONNELLERIE DE JARNAC USA, INC.**
         P.O. Box 659
         Napa, CA  94559
         Attn: Yannick Rousseau
         Telephone: (707) 332-4524
         Email: yannickrousseau@sbcglobal.net

**2.**   **TOPOLOS VINEYARDS LLC**
         P.O. Box 33
         Glen Ellen, CA  95442
         Attn: Michael Topolos
         Telephone: (707) 529-3931
         Email: michaeltopolos@gmail.com

APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS   -1-

1     **3.**     **WOOD VALLEY ROAD, LLC**
715 Scott St
San Francisco, CA 94117
Attn: David Estes
Telephone: (415) 350-3967
Email: destes@montgomeryadvisors.com

Dated: March 16, 2015                  TRACY HOPE DAVIS
United States Trustee

By:     /s/ Donna S. Tamanaha
Donna S. Tamanaha
Assistant United States Trustee

APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS    -2-