UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

DEERFIELD RANCH WINERY, LLC,                    No. 15-10150

                              Debtor(s).
_____/

Status Conference Order
_____

       This Chapter 11 case came on for status conference this date. The court considered the debtor's status conference statement, the representations of its counsel, the interests of creditors, and the comments of the U.S. Trustee. Pursuant to the court's authority under § 105 of the Bankruptcy Code, and good cause appearing therefor,

       IT IS ORDERED that this case shall be converted to Chapter 7 on October 30, 2015, if a plan has not been confirmed by then.

Dated: April 20, 2015

                                                        Alan Jaroslovsky
                                                          U.S. Bankruptcy Judge