Entered on Docket
May 04, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1 M<small>C</small>NUTT LAW GROUP LLP
SCOTT H. M<small>C</small>NUTT (CSBN 104696)
2 SHANE J. MOSES (CSBN 250533)
THOMAS B. RUPP (CSBN 278041)
3 219 9th Street
San Francisco, California 94103
4 Telephone: (415) 995-8475
Facsimile: (415) 995-8487
5
Attorneys for DEBTOR
6

Signed: May 4, 2015

_____
ALAN JAROSLOVSKY U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re | Case No. 15-10150-AJ |
| DEERFIELD RANCH WINERY, LLC, | Chapter 11 |
| Debtor. | **ORDER GRANTING FINAL APPROVAL OF CONTINUED STIPULATION FOR INTERIM USE OF CASH COLLATERAL** |
| | Judge: Hon. Alan Jaroslovsky<br>Date: April 17, 2015<br>Time: 9:00 a.m.<br>Place: United States Bankruptcy Court<br>99 South "E" Street<br>Santa Rosa, CA 95404 |

At the above-captioned date and time, the Court held a hearing to consider (1) final approval of the C<small>ONTINUED</small> S<small>TIPULATION</small> F<small>OR</small> I<small>NTERIM</small> U<small>SE</small> O<small>F</small> C<small>ASH</small> C<small>OLLATERAL</small> (the "Continued Stipulation") [Docket No. 17], between Deerfield Ranch Winery, LLC (the "Debtor" or "Deerfield"), the debtor and debtor-in-possession in the above-captioned chapter 11 reorganization case, and Rabobank N.A., the Debtor's secured lender, and (2) the M<small>OTION</small> F<small>OR</small> O<small>RDER</small> A<small>UTHORIZING</small> U<small>SE</small> OF C<small>ASH</small> C<small>OLLATERAL</small> (the "Cash Collateral Motion") [Docket No. 4], filed on February 13, 2015, by Deerfield. Shane J. Moses of McNutt Law Group LLP appeared for the Debtor. Richard A. Rogan of Jeffer Mangels Butler & Mitchell LLP appeared for

secured creditor Rabobank, N.A. John D. Fiero of Pachulski Stang Ziehl & Jones appeared for the Official Committee of Unsecured Creditors. Other appearances were as noted on the record.

On April 2, 2015, the Court entered an order approving the Continued Stipulation on a preliminary basis, and setting a further hearing to consider the Continued Stipulation and the Cash Collateral Motion for the above-captioned date and time [Docket No. 72].

The Court, having reviewed the Cash Collateral Motion, the Continued Stipulation, and documents filed in support or opposition thereof, having considered the statements of counsel, finding that notice was adequate under the particular circumstances, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Continued Stipulation is hereby approved on a final basis.

2. A further hearing on the Cash Collateral Motion is set for May 8, 2015, at 9:00 a.m. before this Court.

3. Pursuant to the agreement of Deerfield and Rabobank N.A. to extend the term of the Continued Stipulation as stated on the record at the hearing, Deerfield may use cash collateral, subject to the terms of the Continued Stipulation, through May 8, 2015.

\* \* \* END OF ORDER \* \* \*

**APPROVED AS TO FORM:**

Dated: April 30, 2015          JEFFER MANGELS BUTLER & MITCHELL LLP

By:     /s/ *Richard A. Rogan*
            Richard A. Rogan
        Attorneys for Rabobank, N.A.

Dated: April 30, 2015          PACHULSKI STANG ZIEHL & JONES LLP

By:     /s/ *John D. Fiero*
            John D. Fiero
        Attorneys for
        The Official Committee of Unsecured Creditors

**COURT SERVICE LIST**

All Registered ECF Participants