John D. Fiero (CA Bar No. 136557)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: 415/263-7000
Facsimile: 415/263-7010

Attorneys for the Official
Committee of Unsecured Creditors

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Case No.: 15-10150-AJ |
| **DEERFIELD RANCH WINERY, LLC,** | Chapter 11 |
| Debtor. | **CREDITORS' COMMITTEE'S STATEMENT OF NON-OPPOSITION TO APPLICATION FOR ORDER AUTHORIZING (1) EMPLOYMENT OF DANA BURWELL TO VALUE PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 327, AND (2) APPROVING TERMS OF COMPENSATION PURSUANT TO 11 U.S.C. § 328** |
| | **Hearing Date:**<br>Date: May 22, 2015<br>Time: 10:00 a.m.<br>Judge: Hon. Alan Jaroslovsky<br>Place: United States Bankruptcy Court<br>99 South "E" Street<br>Santa Rosa, CA 95404 |

The Official Committee of Unsecured Creditors does not oppose the *Application for Order Authorizing (1) Employment of Dana Burwell to Value Property of the Estate Pursuant to 11 U.S.C. § 327, and (2) approving terms of compensation pursuant to 11 U.S.C. § 328* [Docket No. 90].

Dated: May 21, 2015

PACHULSKI STANG ZIEHL & JONES LLP

By    */s/ John D. Fiero*
          John D. Fiero
          Attorneys for the Official
          Committee of Unsecured Creditors

Case: 15-10150   Doc# 95   Filed: 05/21/15   Entered: 05/21/15 10:26:16   Page 1 of 1