McNUTT LAW GROUP LLP
SCOTT H. McNUTT (CSBN 104696)
SHANE J. MOSES (CSBN 250533)
THOMAS B. RUPP (CSBN 278041)
219 9th Street
San Francisco, California 94103
Telephone: (415) 995-8475
Facsimile: (415) 995-8487

Attorneys for DEBTOR

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re | Case No. 15-10150-AJ |
| DEERFIELD RANCH WINERY, LLC, | Chapter 11 |
| Debtor. | **DECLARATION OF ROBERT REX IN SUPPORT OF STIPULATION TO EXTEND TIME FOR DEBTOR TO ASSUME OR REJECT LEASE WITH DEERFIELD RANCH PRIVATE RETREAT** |
| | Judge: Hon. Alan Jaroslovsky |
| | [No Hearing Required] |

I, Robert Rex, hereby declare as follows:

1. I am an individual and the managing member of Deerfield Ranch Winery, LLC, the debtor-in-possession in the above-captioned chapter 11 bankruptcy case ("Debtor"). I am the responsible individual for the Debtor, pursuant to B.L.R. 4002-1. I am over 18 years old. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. This declaration is submitted in support of the STIPULATION TO EXTEND TIME FOR DEBTOR TO ASSUME OR REJECT LEASE WITH DEERFIELD RANCH PRIVATE RETREAT (the "Stipulation") filed concurrently herewith. This declaration is submitted in accordance with Bankruptcy Local Rule 9006-1(c).

2. The Stipulation seeks an order extending the deadline for the Debtor to assume or reject a certain lease (the "Office Lease") with me and my wife Paulette J. Rex, doing business as a sole proprietorship know as Deerfield Ranch Private Retreat ("Lessor" and together with the Debtor, the "Parties").

3. The Debtor leases both warehouse space and office space from the Lessor at 1310 Warm Springs Road, Glen Ellen, California, 95422. This property is owned by me and my wife personally, and has been our home since 1982. The property also contains some outlying buildings and storage.

4. The Debtor leases two rooms in the residence that are used for its corporate offices, on a month-to-month basis. The office rent is $1,650.00 per month. The Debtor also leases separate warehouse space on the same property, also on a month-to-month basis, which is used primarily for case goods. The warehouse rent is $850.00 per month. The leases of the office space and warehouse space are collectively referred to herein as the "Office Lease."

5. The Debtor is working towards proposing a plan of reorganization, and it is currently anticipated that the plan will provide for assumption of the Office Lease.

6. The Lessor and the Debtor agree that no decision on the Office Lease needs to be made at this time, in order for the Debtor to avoid the expense of filings a separate motion to assume.

7. No prior extension of this deadline has been requested.

8. I do not believe that the extension of this deadline will have any adverse impact on the bankruptcy estate or its creditors.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge and belief. Executed on June 15, 2015, at Glen Ellen, California.

By: */s/ Robert Rex*
Robert Rex