MCNUTT LAW GROUP LLP
SCOTT H. MCNUTT (CSBN 104696)
SHANE J. MOSES (CSBN 250533)
THOMAS B. RUPP (CSBN 278041)
219 9th Street
San Francisco, California 94103
Telephone: (415) 995-8475
Facsimile: (415) 995-8487

Attorneys for DEBTOR

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>DEERFIELD RANCH WINERY, LLC,<br><br>Debtor. | Case No. 15-10150-AJ<br><br>Chapter 11<br><br>**JOINT REQUEST FOR MEDIATION**<br><br>Judge: Hon. Alan Jaroslovsky<br>Date: July 10, 2015<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>99 South "E" Street<br>Santa Rosa, CA 95404 |

     Deerfield Ranch Winery, LLC, the debtor-in-possession in the above-captioned Chapter 11 bankruptcy case ("Debtor"), and Secured Creditor Rabobank, N.A. ("Rabobank", and together with the Debtor, the "Parties") hereby jointly request the Court's assistance in arranging for mediation of disputes as to terms of a plan of reorganization. The Parties believe that mediation by one of the judges of the Northern District Bankruptcy Court would be very valuable in their effort to reach agreement on mutually acceptable plan terms.

     The Debtor has circulated to Rabobank a draft plan of reorganization. Rabobank has reviewed the Debtor's draft plan. There appear to be substantial differences between the Parties regarding a number of key terms, in particular with regard to treatment of Rabobank's claim.

Nevertheless, the Parties believe there is a reasonable possibility of a negotiated solution, which would avoid the substantial time and costs of a contested confirmation.

The Parties further believe that their negotiations would be substantially aided by mediation conducted by one of the judges of the Northern District. This is a situation that involves terms of a plan of reorganization for a significant operating company, where Rabobank asserts a secured claim in excess of $11 million dollars. Because of this, the Parties believe that mediation through a current judge would be more appropriate than the BDRP process. It is the understanding of the Parties that a number of the Judges of the Oakland and San Francisco divisions (including Judge Carlson) have been willing to mediate in similar situations in the past. The Parties are hopeful that will be the case here. Both Parties have had good experiences in the past in similar situations with Judges Carlson, Lafferty, Efremsky, and Montali, although they would be very comfortable with any of the judges.

The Parties therefore respectfully request this Court's assistance in determining whether one of the current judges would be willing to act as a mediator, and if so, in referring the parties to that judge for mediation. In order to move the case forward, the Parties would like to begin the mediation process as early as possible, within the constraints of finding times when the considerable number of people involved are all available.

To the extent it is helpful, the Parties have discussed available dates, and determined that July 28, August 3, and August 4 are dates on which all of the necessary individuals are available. Of course, to the extent none of these dates are available for a judge who is willing to mediate the matter, the Parties will make their best efforts to identify other dates.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The Parties note that there is a hearing on Friday, July 10, 2015, at 10:00 a.m. on the Debtor's motion to extend the exclusivity period. Although that motion is not contested, the hearing might provide an opportunity for the Court to address with the Parties the request made herein. The Parties are also available to participate in a conference call with the Court, if the Court so prefers.

**RESPECTFULLY SUBMITTED:**

DATED: July 7, 2015            McNUTT LAW GROUP LLP

                               By:      /s/ *Scott H. McNutt*
                                        Scott H. McNutt
                                        Attorneys for DEBTOR

DATED: July 7, 2015            JEFFER MANGELS BUTLER & MITCHELL LLP

                               By:      /s/ *Richard A. Rogan*
                                        Richard A. Rogan
                                        Attorneys for Secured Creditor RABOBANK, N.A.