

1  McNUTT LAW GROUP LLP
   SCOTT H. McNUTT (CSBN 104696)
2  SHANE J. MOSES (CSBN 250533)
   THOMAS B. RUPP (CSBN 278041)
3  219 9th Street
   San Francisco, California 94103
4  Telephone: (415) 995-8475
   Facsimile: (415) 995-8487
5
   Attorneys for DEBTOR
6

Signed: July 22, 2015

_____
**ALAN JAROSLOVSKY U.S. Bankruptcy Judge**

7

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SANTA ROSA DIVISION

11  In re                                Case No. 15-10150-AJ

12  DEERFIELD RANCH WINERY, LLC,         Chapter 11

13        Debtor.                        **ORDER EXTENDING TIME IN WHICH
                                         ONLY THE DEBTOR MAY FILE A PLAN**
14
                                         Judge:  Hon. Alan Jaroslovsky
15                                       Date:   July 10, 2015
                                         Time:   10:00 a.m.
16                                       Place:  United States Bankruptcy Court
                                                 99 South "E" Street
17                                               Santa Rosa, CA 95404

18

19      At the above-captioned date and time, the Court held a hearing to consider the MOTION

20  FOR ORDER EXTENDING TIME IN WHICH ONLY THE DEBTOR MAY FILE A PLAN, (the "Exclusivity

21  Motion") [Docket No. 99], filed on June 12, 2015, by Deerfield Ranch Winery, LLC (the

22  "Debtor"), the debtor and debtor-in-possession in the above-captioned chapter 11 reorganization

23  case.  Appearances were as noted on the record.  There was no opposition to the Exclusivity

24  Motion.

25      The Court, having reviewed the Exclusivity Motion and documents filed in support

26  thereof, having considered the statements of counsel, finding that notice of the Exclusivity Motion

27  was adequate under the particular circumstances, and good cause appearing therefor,

28

1  IT IS HEREBY ORDERED that:

2  1.      The Exclusivity Motion is hereby granted.

3  2.      The exclusive period during which only the Debtor may file and seek confirmation

4  of a plan of reorganization is hereby extended as follows:

5          (a)      The exclusivity period provided pursuant to section § 1121(b) of the

6  Bankruptcy Code is extended to and through to August 28, 2015.

7          (b)      The exclusivity period provided pursuant to section § 1121(c) of the

8  Bankruptcy Code is extended to and through to October 30, 2015.

9                          * * * END OF ORDER * * *

ORDER EXTENDING TIME IN WHICH ONLY
THE DEBTOR MAY FILE A PLAN

00052298

**COURT SERVICE LIST**

All registered ECF participants

00052298

ORDER EXTENDING TIME IN WHICH ONLY
THE DEBTOR MAY FILE A PLAN

3