MCNUTT LAW GROUP LLP
SCOTT H. MCNUTT (CSBN 104696)
SHANE J. MOSES (CSBN 250533)
THOMAS B. RUPP (CSBN 278041)
219 9th Street
San Francisco, California 94103
Telephone: (415) 995-8475
Facsimile: (415) 995-8487

Attorneys for DEBTOR

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re | Case No. 15-10150-AJ |
| DEERFIELD RANCH WINERY, LLC, | Chapter 11 |
| Debtor. | **STIPULATION TO CONTINUE HEARING ON MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL** |
| | **Old Hearing Date**<br>Date: October 23, 2015<br>Time: 9:00 a.m. |
| | **Continued Hearing Date**<br>Date: October 30, 2015<br>Time: 9:00 a.m.<br>Judge: Hon. Alan Jaroslovsky<br>Place: United States Bankruptcy Court<br>99 South "E" Street<br>Santa Rosa, CA 95404 |

Deerfield Ranch Winery, LLC, the debtor-in-possession in the above-captioned Chapter 11 bankruptcy case ("Debtor"), and Rabobank N.A. ("Rabobank" and together with the Debtor, the "Parties"), enter into this stipulation to continue the pending hearing on cash collateral.

1. On February 13, 2014, the Debtor filed its MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL [Docket No. 4] (the "Cash Collateral Motion").

2.  The Cash Collateral Hearing has been continued a number of times in connection with stipulations for interim use of cash collateral. Pursuant to this Court's ORDER GRANTING FINAL APPROVAL OF THIRD AND FOURTH STIPULATIONS FOR CONTINUED INTERIM USE OF CASH COLLATERAL [Docket No. 123], entered on August 5, 2015, a continued hearing on the Cash Collateral Motion was set for October 23, 2015.

3.  The Parties anticipate entering into a further continued stipulation for use of cash collateral through the end of the calendar year, and expect to be able to file such stipulation within the next week. The Parties therefore wish to continue the October 23, 2015 hearing to October 30, in anticipation of filing the cash collateral stipulation prior to the continued hearing date.

**WHEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**

The Parties, by and through their counsel, hereby stipulate that the hearing on the Cash Collateral Motion shall be continued one week, to October 30, 2015, at 9:00 a.m.

AGREED AND ACCEPTED:

DATED: October 22, 2015    McNUTT LAW GROUP LLP

By:    /s/ *Shane J. Moses*
       Shane J. Moses
       Attorneys for DEBTOR

DATED: October 22, 2015    JEFFER MANGELS BUTLER & MITCHELL LLP

By:    /s/ *Richard A. Rogan*
       Richard A. Rogan
       Attorneys for Rabobank, N.A.