COOPER, WHITE & COOPER LLP
Peter C. Califano (SBN 129043)
  pcalifano@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:    415.433.1900
Facsimile:    415.433.5530

RAY QUINNEY & NEBEKER P.C.
Michael R. Johnson (UT Bar No. 7070)
*Pro Hac Vice* Application to be Submitted
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: 801.532.1500
Facsimile: 801.532.7543

Attorneys for Attorneys for RABO AGRIFINANCE LLC, as Assignee of the Rights and Claims of RABOBANK, N.A.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | CASE NO. 15-10150-AJ |
| DEERFIELD RANCH WINERY, LLC,, | Chapter 11 |
| Reorganized Debtor. | **RABO'S AMENDED EX PARTE MOTION TO REOPEN CASE UNDER SECTION 350(b) OF THE BANKRUPTCY CODE** |
| | [NO HEARING REQUESTED] |
| | Judge:   TBD |

Rabo AgriFinance LLC ("**Rabo**"), as assignee of the rights and claims of Rabobank, N.A., a secured creditor of Deerfield Ranch Winery, LLC, the Reorganized Chapter 11 Debtor (the "**Debtor**") in the above-entitled Chapter 11 case (the "**Case**") files this *ex parte* motion to reopen the Case. Rabo does so under 11 U.S.C. § 350(b) and Rule 5010 of the Federal Rules of Bankruptcy Procedure and the Court's Order Confirming Debtor's Amended Plan of Reorganization Dated February 22, 2016 [Dkt. 217] (the "**Confirmation Order**") which

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

Case: 15-10150    Doc# 251    Filed: 11/16/20    Entered: 11/16/20 13:00:50    Page 1 of 2

confirmed the Debtor's Amended Plan of Reorganization, dated February 12, 2016 (the "**Amended Plan**").

The Debtor has defaulted under the Amended Plan by failing to make the required principal reduction payment that was due no later than December 31, 2019, and such default authorizes Rabo to proceed to reopen the case and seek the appointment of a Plan Administrator by this Court to liquidate the Debtor's assets. This *ex parte* motion is based on this Amended Motion, its accompanying Memorandum of Points and Authorities, the Declaration of Michael Hayes, and the proposed Order. Therefore, Rabo requests that the Court enter an order reopening the Case pursuant to 11 U.S.C. § 350(b) and Rule 5010 of the Federal Rules of Bankruptcy Procedure.

This Amended Motion is filed to correct and replace Pacer Document No. 248.

DATED: November 16, 2020        COOPER, WHITE & COOPER LLP

By:     **s/s Peter C. Califano**
Peter C. Califano
Attorneys for Attorneys for RABO AGRIFINANCE LLC, as Assignee of the Rights and Claims of RABOBANK, N.A.

1322153.1