Form NRC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: Deerfield Ranch Winery, LLC | Case No.: 15–10150 CN 11 |
|---|---|
| | Chapter: 11 |

## REASSIGNMENT OF CASE

NOTICE TO BANKRUPTCY PRACTITIONERS, ATTORNEYS, TRUSTEES and INTERESTED PARTIES:

Effective 11/16/20, the above case is reassigned from the Honorable Alan Jaroslovsky to the Honorable Charles Novack. The case number remains the same, however the designation will be changed from AJ to CN.

All interested parties are directed to use the same case number, but change to the new designation in all documents filed hereafter with the court.

Unless otherwise ordered, all matters currently scheduled for hearing will be heard on the date and time currently calendared.

Dated: <u>11/16/20</u>

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court