# Notice Recipients

District/Off: 0971−1 | User: kandersen | Date Created: 11/16/2020
Case: 15−10150 | Form ID: NRC | Total: 6

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SR | USTPRegion17.SF.ECF@usdoj.gov |
| aty | Lynette C. Kelly | ustpregion17.oa.ecf@usdoj.gov |
| aty | Minnie Loo | minnieloo@netscape.net |
| aty | Scott H. McNutt | SMcNutt@ml−sf.com |
| aty | Shane J. Moses | smoses@ml−sf.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | Deerfield Ranch Winery, LLC | 1310 Warm Springs Rd. | Glen Ellen, CA 95442 |

TOTAL: 1