United States Bankruptcy Court
Northern District of California

In re:                                                     Case No. 15-10150-CN
Deerfield Ranch Winery, LLC                                     Chapter 11
       Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0971-1                              User: kandersen                                    Page 1 of 2
Date Rcvd: Nov 16, 2020                        Form ID: NRC                                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2020:**

**Recip ID**             **Recipient Name and Address**
db                  + Deerfield Ranch Winery, LLC, 1310 Warm Springs Rd., Glen Ellen, CA 95442-9709

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2020                                Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony Napolitano | on behalf of Other Prof. John Hawkins anapolitano@buchalter.com |
| Barry S. Glaser | on behalf of Creditor Sonoma County Treasurer and Tax Collector bglaser@lkfirm.com |
| David N. Chandler | on behalf of Creditor Nelson & Sons Inc. DChandler1747@yahoo.com, courtdocsdncpc@gmail.com |
| John D. Fiero | on behalf of Creditor Committee Official Committee of Unsecured Creditors jfiero@pszjlaw.com ocarpio@pszjlaw.com |
| Lynette C. Kelly | on behalf of U.S. Trustee Office of the U.S. Trustee / SR ustpregion17.oa.ecf@usdoj.gov |
| Minnie Loo | on behalf of U.S. Trustee Office of the U.S. Trustee / SR minnieloo@netscape.net |

Nicolas De Lancie
    on behalf of Creditor Rabobank N.A. ndelancie@jmbm.com

Office of the U.S. Trustee / SR
    USTPRegion17.SF.ECF@usdoj.gov

Peter C. Califano
    on behalf of Creditor Rabo AgriFinance LLC pcalifano@cwclaw.com

Richard A. Rogan
    on behalf of Creditor Rabobank N.A. rrogan@jmbm.com, jb8@jmbm.com

Scott H. McNutt
    on behalf of Attorney McNutt Law Group LLP SMcNutt@ml-sf.com csnell@ml-sf.com

Shane J. Moses
    on behalf of Debtor Deerfield Ranch Winery LLC smoses@ml-sf.com, csnell@ml-sf.com

TOTAL: 12

Form NRC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Deerfield Ranch Winery, LLC | Case No.: 15−10150 CN 11<br>Chapter: 11 |

## REASSIGNMENT OF CASE

NOTICE TO BANKRUPTCY PRACTITIONERS, ATTORNEYS, TRUSTEES and INTERESTED PARTIES:

Effective 11/16/20, the above case is reassigned from the Honorable Alan Jaroslovsky to the Honorable Charles Novack. The case number remains the same, however the designation will be changed from AJ to CN.

All interested parties are directed to use the same case number, but change to the new designation in all documents filed hereafter with the court.

Unless otherwise ordered, all matters currently scheduled for hearing will be heard on the date and time currently calendared.

Dated: 11/16/20

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court