

COOPER, WHITE & COOPER LLP
PETER C. CALIFANO (SBN 129043)
 pcalifano@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone: 415.433.1900
Facsimile: 415.433.5530

RAY QUINNEY & NEBEKER P.C.
Michael R. Johnson (UT Bar No. 7070)
*Pro Hac Vice* Application to be Submitted
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: 801.532.1500
Facsimile: 801.532.7543

Attorneys for Attorneys for RABO AGRIFINANCE LLC, as Assignee of the Rights and Claims of RABOBANK, N.A.

The following constitutes the order of the Court.
Signed: November 19, 2020

_____
Charles Novack
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DEERFIELD RANCH WINERY, LLC,,<br><br>   Reorganized Debtor. | CASE NO. 15-10150-CN<br><br>Chapter 11<br><br>**ORDER GRANTING RABO'S EX PARTE MOTION TO REOPEN CASE UNDER SECTION 350(b) OF THE BANKRUPTCY CODE** |

This case is before the Court on the *ex parte* motion (the "Motion") of Rabo AgriFinance LLC ("Rabo"), as assignee of the rights and claims of Rabobank, N.A., a secured creditor of Deerfield Ranch Winery, LLC, the Reorganized Chapter 11 Debtor (the "Debtor") in the above-entitled Chapter 11 case pursuant to 11 U.S.C. § 350(b) and Rule 5010 of the Federal Rules of Bankruptcy Procedure and the Court's Order Confirming Debtor's Amended Plan of

/ / /

/ / /

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

Case: 15-10150    Doc# 254    Filed: 11/19/20    Entered: 11/19/20 14:03:05    Page 1 of 3

Reorganization, dated February 22, 2016 [Dkt. 217], which confirmed the Debtor's Amended Plan of Reorganization, dated February 12, 2016.

Upon due consideration of the Motion,

**IT IS HEREBY ORDERED** that:

1. Rabo's Motion is granted, and
2. The bankruptcy case of Debtor Deerfield Ranch Winery, LLC is reopened.

*** END OF ORDER ***

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

COURT SERVICE LIST

Parties served by ECF.

1322154.1

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002