COOPER, WHITE & COOPER LLP
Peter C. Califano (SBN 129043)
    pcalifano@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:    415.433.1900
Facsimile:    415.433.5530

RAY QUINNEY & NEBEKER P.C.
Michael R. Johnson (UT Bar No. 7070)
    mjohnson@rqn.com
*Pro Hac Vice* Application to be Submitted
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: 801.532.1500
Facsimile: 801.532.7543

Attorneys for Attorneys for RABO AGRIFINANCE LLC, as Assignee of the Rights and Claims of RABOBANK, N.A.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | CASE NO. 15-10150-CN |
| DEERFIELD RANCH WINERY, LLC, | Chapter 11 |
| Reorganized Debtor. | **RABO'S MOTION TO APPOINT VITO MITRIA OF BEACON MANAGEMENT ADVISORS AS PLAN ADMINISTRATOR** |
| | Date:  December 18, 2020<br>Time:  11:00 a.m.<br>Place: Via Court Call or Zoom Videoconference<br>Judge: Honorable Charles Novack |

Rabo AgriFinance LLC ("**Rabo**"), as assignee of the rights and claims of Rabobank, N.A., a secured creditor of Deerfield Ranch Winery, LLC, the Reorganized Chapter 11 Debtor (the "**Debtor**") in the above-entitled Chapter 11 case (the "**Case**"), through counsel, hereby respectfully moves this Court for the entry of an Order, in the form submitted herewith, appointing Vito Mitria ("**Mr. Mitria**") of Beacon Management Advisors, LLC as the Plan Administrator in

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

Case: 15-10150    Doc# 256    Filed: 11/25/20    Entered: 11/25/20 12:54:35    Page 1 of 3

this Case.

This Motion is filed pursuant to the relevant terms of the Court's Order Confirming Debtor's Amended Plan of Reorganization Dated February 22, 2016 [Dkt. 217] (the "**Confirmation Order**") which confirmed the Debtor's Amended Plan of Reorganization, dated February 12, 2016 (the "**Amended Plan**"). Specifically, the Debtor has defaulted under the Amended Plan by failing to make the required $550,000.00 principal reduction payment that was due no later than December 31, 2019, such amount has still not been paid, thus the default is a material default under the Restructured Credit Documents, and authorizes Rabo to seek the appointment a Plan Administrator. Section 3.2.2.4 of the Amended Plan provides:

> Upon the occurrence of a material event of default under the Restructured Credit Documents, a Plan Administrator shall be appointed on the request of Rabobank, provided that a Plan Administrator shall be appointed only on: (i) the occurrence of one of the events of default specified in section 3.2.2.3 above, or (ii) the occurrence of a material event of default that the Restructured Credit Documents specifically provide will give rise to appointment of a Plan Administrator. In the event that Rabobank requests appointment of a Plan Administrator, the only question for determination by the Bankruptcy Court shall be whether a material event of default has occurred. It shall be understood that this provision is an essential term of the Plan, and is material to Rabobank's consent to the Plan.

[Amended Plan, § 3.2.2.4]

The Debtor's failure to make the $550,000.00 principal reduction payment by December 31, 2020 (or at any time since then) is an express event of default under section 3.2.2.3 of the Amended Plan, and it also is an occurrence of a material event of default that the Restructured Credit Documents specifically provide will give rise to the appointment of a Plan Administrator. As noted in the Amended Plan, "the only question for determination by the Bankruptcy Court shall be whether a material event of default has occurred." If the Court finds that an event of default has occurred (and it clearly has), then the Amended Plan provides for the immediate appointment of a Plan Administrator.

WHEREFORE, based upon the foregoing, for the additional reasons set forth in the Memorandum in Support of this Motion filed herewith, and as evidenced by the Declarations of Matt Owings and Vito Mitria also filed herewith, Rabo respectfully requests that Mr. Mitria be

appointed as Plan Administrator, and that the Court grant Rabo such other and further relief as the Court deems just and proper in the premises.

DATED:  November 25, 2020    COOPER, WHITE & COOPER LLP

By: <u>**s/s Peter C. Califano**</u>
Peter C. Califano
Attorneys for Attorneys for RABO AGRIFINANCE LLC, as Assignee of the Rights and Claims of RABOBANK, N.A.

1338271.1