1  COOPER, WHITE & COOPER LLP
   PETER C. CALIFANO (SBN 129043)
2    pcalifano@cwclaw.com
   201 California Street, 17th Floor
3  San Francisco, California 94111
   Telephone:   415.433.1900
4  Facsimile:   415.433.5530

5  RAY QUINNEY & NEBEKER P.C.
   Michael R. Johnson (UT Bar No. 7070)
6    mjohnson@rqn.com
   *Pro Hac Vice* Application to be Submitted
7  36 South State Street, Suite 1400
   Salt Lake City, Utah 84111
8  Telephone: 801.532.1500
   Facsimile: 801.532.7543

9
   Attorneys for Attorneys for RABO
10 AGRIFINANCE LLC, as Assignee of the Rights
   and Claims of RABOBANK, N.A.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | CASE NO. 15-10150-CN |
| DEERFIELD RANCH WINERY, LLC, | Chapter 11 |
| Reorganized Debtor. | **NOTICE OF HEARING ON RABO'S MOTION TO APPOINT VITO MITRIA OF BEACON MANAGEMENT ADVISORS AS PLAN ADMINISTRATOR** |
| | Date: December 18, 2020<br>Time: 11:00 a.m.<br>Place: Via Court Call or Zoom Videoconference<br>Judge: Honorable Charles Novack |

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that on November 25, 2020, attorneys for Rabo AgriFinance LLC ("**Rabo**"), as assignee of the rights and claims of Rabobank, N.A., a secured creditor of Deerfield Ranch Winery, LLC, the Reorganized Chapter 11 Debtor (the "**Debtor**") in the above-entitled Chapter 11 case, filed a Motion to appoint Vito Mitria of Beacon Management Advisors

as Plan Administrator with the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court shall conduct a hearing on the Motion on December 18, 2020, at 11:00 a.m., either via Court Call or Zoom Videoconference.

PLEASE TAKE FURTHER NOTICE that due to the shelter in place requirements caused by the COVID-19 pandemic, all Bankruptcy Court locations in this District are closed and therefore all appearances will be by telephone, or, in the Court's sole discretion, by video conference.

PLEASE TAKE FURTHER NOTICE that **"all interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888.821.7606 or by using the Live Chat feature on the Bankruptcy Court's website"**.

PLEASE TAKE FURTHER NOTICE that additional information about how to file documents and/or appear by phone or video are provided at the Court's website: https://www.canb.uscourts.gov/content/page/court-operations-during-covid-19-outbreak and are contained and further described in the Court's Fourth Amended General Order 38: https://www.canb.uscourts.gov/sites/default/files/general-orders/FourthAmendedGO38_1.pdf.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must be in writing, setting forth each and every basis for objection. Pursuant to Bankruptcy Local Rule 9014-1 (a) (2), such objections must be filed with the Bankruptcy Court no less than seven (7) days before the actual scheduled hearing date and served on Rabo's attorneys at the following addresses:

/ / /

/ / /

| | |
|---|---|
| Peter C. Califano, Esq.<br>Cooper, White & Cooper LLP<br>201 California Street, 17th Floor<br>San Francisco, California 94111<br>Email: pcalifano@cwclaw.com | Michael R. Johnson, Esq.<br>Ray Quinney & Nebeker P.C.<br>36 South State Street, Suite 1400<br>Salt Lake City, Utah 84111<br>Email: mjohnson@rqn.com |

PLEASE TAKE FURTHER NOTICE that this Motion is based upon this Notice of Hearing on Motion, Rabo's Motion to Appoint Vito Mitria of Beacon Management Advisors as Plan Administrator, Memorandum of Points and Authorities in Support of Rabo's Motion to Appoint Vito Mitria of Beacon Management Advisors as Plan Administrator, Declaration of Vito Mitria in Support of Rabo's Motion to Appoint Vito Mitria of Beacon Management Advisors as Plan Administrator, and Declaration of Matt Owings in Support of Rabo's Motion to Appoint Vito Mitria of Beacon Management Advisors as Plan Administrator, together will all other papers, pleadings, and records on file in this bankruptcy case.

DATED: November 25, 2020     COOPER, WHITE & COOPER LLP

By:     *s/s Peter C. Califano*
Peter C. Califano
Attorneys for Attorneys for RABO
AGRIFINANCE LLC, as Assignee of the Rights
and Claims of RABOBANK, N.A.

1338300.1