COOPER, WHITE & COOPER LLP
Peter C. Califano (SBN 129043)
 pcalifano@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530

RAY QUINNEY & NEBEKER P.C.
Michael R. Johnson (UT Bar No. 7070)
 mjohnson@rqn.com
*Pro Hac Vice* Application to Be Submitted
36 South State Street, Suite 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543

Attorneys for RABO AGRIFINANCE LLC, as Assignee of the Rights and Claims of RABOBANK, N.A.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | CASE NO. 15-10150-CN |
| DEERFIELD RANCH WINERY, LLC, | Chapter 11 |
| Reorganized Debtor. | **DECLARATION OF VITO MITRIA OF BEACON MANAGEMENT ADVISORS IN SUPPORT OF RABO'S MOTION TO APPOINT VITO MITRIA AND BEACON MANAGEMENT ADVISORS AS PLAN ADMINISTRATOR** |
| | Date: December 18, 2020<br>Time: 11:00 a.m.<br>Place: Via Court Call or Zoom Videoconference<br>Judge: Honorable Charles Novack |

Vito Mitria declares:

1. I am the founder of Beacon Management Advisors, LLC, which was established in 2015 as a firm that specializes in providing transaction advisory services and management

consulting to middle market businesses and their owners, including private equity, lenders and other business professionals.

2. I make this Declaration in support of Rabo's *Motion to Appoint Vito Mitria and Beacon Management Advisors as Plan Administrator* (the "**Motion**"), which Motion has been filed in the Case and noticed out to creditors and parties-in-interest. Further, except as specifically noted below, I have knowledge of all facts set forth in this Declaration, either because those facts are personally known to me or because they are based upon my review of the pleadings and orders of record in the Case.

3. In the Motion, Rabo has requested an Order from the Court appointing me as the Plan Administrator pursuant to the terms of that certain *Amended Plan of Reorganization, Dated February 22, 2016* (the "**Amended Plan**") [Dkt. 208], which was confirmed by the Court on March 11, 2016 pursuant to the Court's *Order Confirming Debtor's Amended Plan of Reorganization Dated February 22, 2016* (the "**Confirmation Order**") [Dkt. 217]

4. I have reviewed and am familiar with the following pleadings and documents that were created in conjunction with or in consummation of the Amended Plan:

 a. The Amended Plan;

 b. The Confirmation Order; and

 c. The *Supplemental Plan Documents Under Amended Plan of Reorganization Dated February 22, 2016* (the "**Plan Supplement**") [Dkt. 210], which Plan Supplement includes as Exhibit 1 the *Plan Administrator Provisions of Amended Plan of Reorganization Dated February 22, 2016* (the "**Plan Administrator Provisions**") and the New Credit Documents.

5. It is my understanding that, if I am appointed as Plan Administrator in the Case, my rights, powers, duties and obligations to the Court, to Rabo, to the Debtor, and to other parties-in-interest will be governed by the terms of the Amended Plan, the Confirmation Order, the Plan Supplement, the Plan Administrator Provisions and any Order issued by the Court granting Rabo's Motion. I am ready, willing and able to serve as Plan Administrator on such terms.

6. I believe that I am well-qualified to serve as Plan Administrator in this Case. I am the founder of Beacon Management Advisors, LLC. My curriculum vitae, which outlines my

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

Case: 15-10150   Doc# 259   Filed: 11/25/20   Entered: 11/25/20 13:18:12   Page 2 of 4

relevant training, education and experience, is attached hereto as Exhibit "A." As the Court will note, I have a Bachelor's Degree in Accounting and an MBA in Finance, and have served as either a fiduciary or a professional engaged by a fiduciary in numerous federal and state proceedings.

7. A more general overview of Beacon Management Advisors is attached hereto as Exhibit "B." As that document notes, the team that would assist me in providing services in this Case includes the following persons: (a) Mike Ng, who was recently the Director of Scheduling and a Range Manager for a flower grower in Half Moon Bay, who would be on site, as needed, to oversee day-to-day operations, (b) Ken Frederickson, who is a wine and spirts professional and Master Sommelier and who was the founder of Tenzin Wine & Spirits, which is an artisanal importer and wholesaler, and (c) Ted Diamantis, who is the founder of Diamond Wine Imports, an importer and distributor of Greek wines in the United States.

8. I and my team at Beacon Management Advisors are already working on several assignments in the western United States, including one in Northern California, not too far from the Debtor's place of business.

9. Neither I nor any employee or representative of Beacon Management Advisors has ever been disciplined, reprimanded or sanctioned by any court or administrative agency in connection with the performance of any professional services.

10. Neither I nor any employee or representative of Beacon Management Advisors has an ownership interest in or right to acquire an ownership interest in the Debtor, Rabo or any of the creditors or equity holders of the Debtor.

11. Neither I nor any employee or representative of Beacon Management Advisors is an affiliate or insider of the Debtor, Rabo or any of the creditors or equity holders of the Debtor.

12. Neither I nor any employee or representative of Beacon Management Advisors has any familial or fiduciary relationships with the Debtor, Rabo, any employees of the Court, any employees of the Office of the United States Trustee, or any of the creditors or equity holders of the Debtor.

13. Neither I nor any employee or representative of Beacon Management Advisors holds any civil or military office or employment under the United States.

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

Case: 15-10150   Doc# 259   Filed: 11/25/20   Entered: 11/25/20 13:18:12   Page 3 of 4

14. Other than payment for services rendered and reimbursement for costs advanced as Plan Administrator, neither I nor any other employee or representative of Beacon Management Advisors has any expectation or agreement with the Debtor, Rabo, or any other creditor, equity holder or party-in-interest to receive any compensation or remuneration for providing services in this Case. Further, my retention of other professionals, if any, and compensation to myself, my company or any Retained Professionals, shall be pursuant to and in compliance with the requirements of Article 13 of the Plan Administrator Provisions.

15. I believe that I and all other employees and representatives of Beacon Management Advisors are disinterested, and do not hold or represent any interest that is adverse to the Debtor or the estate.

16. If I am appointed as Plan Administrator, I will manage and operate any property or assets which come into my possession or under my control in the same manner as a Chapter 11 trustee would be expected to manage and operate such property.

17. Further, if I am appointed as Plan Administrator, I will faithfully exercise the rights and powers, and perform the duties and obligations, of the Plan Administrator as more fully set forth in the Amended Plan, the Confirmation Order, the Plan Supplement, the Plan Administrator Provisions and any additional Orders issued by the Court.

I declare under penalty of perjury that the foregoing is true and correct, and this Declaration was executed on November __, 2020 at Chicago, Illinois.

                                           _____
                                           Vito Mitria, Individually and as the Founder
                                           and Manager Beacon Management Advisors, LLC

1338281.1