COOPER, WHITE & COOPER LLP
Peter C. Califano (SBN 129043)
  pcalifano@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:  (415) 433-1900
Facsimile:  (415) 433-5530

RAY QUINNEY & NEBEKER P.C.
Michael R. Johnson (UT Bar No. 7070)
  mjohnson@rqn.com
*Pro Hac Vice* Application to Be Submitted
36 South State Street, Suite 1400
Salt Lake City, UT 84111
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543

Attorneys for RABO AGRIFINANCE LLC, as
Assignee of the Rights and Claims of
RABOBANK, N.A.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DEERFIELD RANCH WINERY, LLC,<br><br>                    Reorganized Debtor. | CASE NO. 15-10150-CN<br><br>Chapter 11<br><br>**NOTICE OF EXHIBITS "A" AND "B" TO DECLARATION OF VITO MITRIA OF BEACON MANAGEMENT ADVISORS IN SUPPORT OF RABO'S MOTION TO APPOINT VITO MITRIA AND BEACON MANAGEMENT ADVISORS AS PLAN ADMINISTRATOR**<br><br>Date:  December 16, 2020<br>Time:  11:00 a.m.<br>Place:  Via Court Call or Zoom Videoconference<br>Judge:  Honorable Charles Novack |

**TO ALL PARTIES OF INTEREST:**

PLEASE TAKE NOTICE that Exhibits "A" and "B" to the Declaration of Vito Mitria of Beacon Management Advisors in Support of Rabo's Motion to Appoint Vito Mitria and Beason Management Advisors as Plan Administrator are attached hereto. The Mitria Declaration was

previously filed as PACER Document No. 259 without the exhibits.

DATED: November 30, 2020

COOPER, WHITE & COOPER LLP

By:    ___**s/s Peter C. Califano**___
      Peter C. Califano
      Attorneys for Attorneys for RABO
      AGRIFINANCE LLC, as Assignee of the Rights
      and Claims of RABOBANK, N.A.

1338531.1

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

# EXHIBIT "A"

## Vito Mitria



Vito Mitria has been focused on providing management consulting, corporate planning and restructuring, transaction advisory and insolvency services as well as fulfilling interim management roles to a variety of businesses and their owners since 1989. He has worked extensively with the owners and managers of under-performing companies in the development of operational and strategic plans that focus on returning companies to positive cash flow and sustainable profitability as well as improving shareholder values. Vito has also provided advice and guidance to senior lenders, bondholders and attorneys in distressed situations. During his career, Mr. Mitria has gained extensive experience working in the food, consumer products, manufacturing, distribution and construction and building products industries as well as dealing with a variety of realty.

In addition to providing practical and unbiased advice and guidance to hundreds of companies and their management teams, Vito has also held interim management roles including those of **CEO, CRO, CFO, CLO** and as a **Receiver** and **Trustee in ABCs.**

Examples of assignments include:
- *Financial Advisor* to vertically integrated grower, packer and marketer of fresh fruit, overseeing Company's business plan and financial forecast to assist in refinancing of line-of-credit and term debt.
- *Chief Restructuring Officer* for cut plant grower and nursery, overseeing wind-down of operations, plan to pay off unsecured creditors over time, developing plan to transition greenhouses into multi-tenant rental properties and overseeing the dual paths of marketing real estate for sale while simultaneously attempting to refinance secured lender.
- *Financial Advisor* to owner of multilevel marketing prepared food sales organization in evaluating restructuring options and turnaround priorities, **regularly participating in board and management team meetings**, and provided ongoing advice including assisting in the sale of a related party food processing operation.
- *Board member* to a company that provides consumer insights to products and experiences by conducting research and tests focused on consumer sensory experiences providing testing, reaction and analysis to assist food and beverage, personal care and fragrance companies in product and brand development.
- *Chief Financial Officer* to a manufacturer of composite cores and fillers to fiberglass products manufacturers in the tub/shower, pool, marine, housing and transportation industries. Organizing management team to support growth and guiding strategic sales initiatives including channels to focus on for new product line expansion.
- *Financial Advisor* to group seeking to purchase a distressed distiller and branded marketer of whiskey and gin, guided buyer to stalking horse role in bankruptcy sale
- *Interim Chief Executive Officer* of four companies involved in the manufacture of steel building components, doors and related products sold primarily to the public storage industry, metal fire training facilities and the operation of mini-storage operations while restructuring balance sheet.
- *Sole Manager of LLC* for a franchisor, retailer and distributor of sports nutrition and health products. Oversaw turnaround, restructuring and the UCC sale of the assets as replacement manager under senior lender's loan documents. Wound down the remaining estate.

### Insolvency Related
- **Advised multi-bank group during cross-border Bankruptcy proceeding** for an aerospace defense manufacturer coordinating efforts to bridge interim funding needs involving the Company's largest customer as well as expedite a path to sell the Company through **Canadian and U.S. insolvency proceedings**
- *Financial advisor during Chapter 11 Bankruptcy proceeding* to a multi-plant metal perforating company. After a failed plan of restructuring, aided the sale of the company via a **§363 process.**
- *Receiver for a farmer of corn and cotton*, tasked with identifying and securing collateral of lenders, overseeing the sale of collateral once liens were reviewed and confirmed, and compiling financial info to analyze total liabilities and potential fraudulent transactions.

2111 J. Street | Sacramento, CA 95816 and 1953 N. Clybourn Ave | Unit 316 | Chicago, IL 60614
Phone: 773.251.9003 | Fax: 630.297.4826
www.BeaconMgmtAdvisors.com
1



- *Financial advisor during liquidating Chapter 11 Bankruptcy proceeding* to a paper converting and distribution operation.
- *Receiver for special use real estate* used for indoor multi-sport athletic complex focused on youth sports and financed with bonds. Oversaw operational improvements and cashflows reporting to the Court and Bondholder group until the decision was made to sell the property.
- *Advised Bank on Real Estate loans* made to a residential and commercial property developer and residential management company, including the Banks acquisition of the properties.
- *Advisor to a residential and commercial real estate* holding company that also provided monthly management services to its own properties as well as other non-owned properties.
- *Financial Advisor to Senior Lender* to oversee liquidation of collateral associated with a for profit school system with 70 leased locations in approximately 20 states. Liquidation overseen by court appointed Receiver that carved out and returned personal property to Senior Lender. Besides running a process to help choose auctioneer, oversaw the overall liquidation, negotiated with landlords including evaluating potential litigation decision and identified insurance recovery approach for looted locations.
- *Liquidating Trustee/Assignee in an ABC* liquidating an importer and distributor of consumer products sold to mass merchandisers and dollar stores, **assisted secured lender in suit against ownership and follow-on FBI investigation**
- *Advisor during foreclosure sale*, oversaw the cash flows and operations of a special use sports facility, while concurrently conducting a competitive sales process via a **foreclosure sale**.
- *Financial advisor to and oversaw the successful sale via a §363 Bankruptcy proceeding* of, a multi-plant manufacturer of retail store shelving, fixtures and backroom storage systems. Created auction resulting in secondary buyer outbidding stalking horse.
- *Chief Liquidation Officer* for three companies involved in the import and distribution of home appliances sold to retailers, builders and other distributors

## Notable Engagements

Vito has also been responsible for the closing of numerous transactions for healthy companies as well as those involving insolvency proceedings and sales outside of a court supervised process. He has also raised capital for both growth and turnaround situations and assisted numerous companies in successfully refinancing their debt.

Debt Refinancing
- Eby Brown ($150M) senior debt refinancing
- Diamond Products ($31M) senior and junior debt financing

Sell-Side M&A Advisory
- World Distribution sale to Pitney Bowes; M&A Advisor finalist for Middle Market & B2B Deal of the year
- Lava World Intl sale to a subsidiary of Talon Merchant Capital

Distressed and "Storied" Transactions
- Dennis Bamber Inc. sale to Guitar Center via §363 Bankruptcy
- Salerno Cookies purchase from Sunshine Biscuits

**Experience:** Mr. Mitria formed Beacon Management Advisors during 2015 after spending 22 years with Fort Dearborn. Vito previously spent 6-years with McGladrey & Pullen, a national audit and consulting firm. Prior to this, Vito conducted numerous audits and related services of companies involved primarily in manufacturing and distribution as well as a variety of real estate activities. Vito also provide transaction advice, business valuation and litigation support consulting.

**Education:** DePaul University, Accounting | University of Chicago, MBA in Finance

**Certifications and Memberships:** Certified Public Accountant | Turnaround Management Association | Association for Corporate Growth

Case: 15-10150   Doc# 262   Filed: 11/30/20   Entered: 11/30/20 12:55:15   Page 5 of 10

# EXHIBIT "B"



October 14, 2020

Mr. Michael Hayes
Rabo Agrifinance, Inc.
14767 N Outer 40 Road, Suite 400,
Chesterfield, Missouri 63017

Mike:

Attached is an overview of the capabilities of Beacon Management Advisors, LLC. We feel that our past work with select "wine & spirits" professionals (see brief backgrounds highlighted below), and their willingness to work with us on an as needed basis, make us uniquely qualified to assist you on Deerfield Winery.

We have been working on two assignments out west including one in Northern California, not too far from Deerfield and are awaiting to hear back on a third assignment also located in Northern California.

### *Personnel available to work on Deerfield include the following*:

**Mike Ng, Half Moon Bay, CA**: Mike was recently director of Scheduling and Range Manager for a $25+ million flower grower. Previously Mike was a Project Manager, Project Engineer and Estimator for construction companies and contractors.
- Mike would be on site as needed to oversee day-to-day operations

**Ken Fredrickson:** Ken is a wine and spirits professional and Master Sommelier (obtained diploma while working with chefs Charlie Trotter and Wolfgang Puck). Ken has grown sales for a number of spirits distributors and started up a number of businesses using his strategies, programs, systems and processes to capture new revenues and boost sales performance at each of the entities he's been involved with.
- Ken lead an investment group to acquire a winery in Santa Barbara that he turned around and then successfully sold
- Founder of Tenzing Wine and Spirits, an artisanal importer and wholesaler.

**Ted Diamantis:** Ted is the founder of Diamond Wine Importers, an importer and distributor of Greek wines in the US. For nearly 30 years, Ted has focused on compiling a portfolio of artisan, vineyard-driven producers that work with native varietals from Greece and distributes those products throughout the US.
- 2020 *Wine & Spirits* Importer of the Year Greece

Case: 15-10150    Doc# 262    Filed: 11/30/20    Entered: 11/30/20 12:55:15    Page 7 of 10



## Overview of Beacon Management Advisors, LLC.

***Beacon Management Advisors, LLC ("Beacon")*** was established in 2015 by Vito Mitria as a firm that specializes in providing transaction advisory services and management consulting to middle market businesses and their owners including private equity, lenders and other business professionals. Beacon focuses its advisory work on developing and implementing strategies and tactics to improve corporate performance for both growing and underperforming businesses and as well as shepherding owners through complex sale and acquisition transactions utilizing its deep operating experience to maximize shareholder value throughout the transaction process.

Beacon provides the following services to businesses and their owners:
- Transaction advice
    - Large firm investment banking services to the owners of middle market businesses (both healthy and underperforming)
    - Due diligence services in acquisitions
    - Financing advice
    - Experienced in providing transaction services in distressed corporate situations including bankruptcies and assignments for the benefit of creditors ("ABC")
- Performance improvement
    - Turnaround consulting
    - Profit and operational improvement
    - Business and operating plan development
- Restructuring and reorganization
    - Interim management services
    - Crisis management including Chief Restructuring Officer services
    - Balance sheet restructuring advice
- Financing assistance
- Business and strategic planning

Beacon also provides Creditor advisory services including
- Collateral audits
- Comprehensive business review
- Advice on working out of troubled credits
- Wind-down services including ABC's and Receiver work

Beacon is led by Vito Mitria. Mr. Mitria has been focused on providing corporate planning, management consulting and transaction advisory services as well as fulfilling interim management roles to a variety of businesses and their owners since 1989. Prior to starting Beacon, Mr. Mitria spent over 22 years at Chicago-based Fort Dearborn Partners and over 5 years with McGladrey & Pullen.

Case: 15-10150   Doc# 262   Filed: 11/30/20   Entered: 11/30/20 12:55:15   Page 8 of 10



Vito has also provided advice and guidance to bank groups, bondholders and attorneys in distressed situations. During his career, Mr. Mitria has gained extensive experience working in the manufacturing, distribution, consumer products, food and construction and building products industries. In addition to providing practical and unbiased advice and guidance to hundreds of companies and their management teams, Vito has also held interim management roles including those of Chief Executive Officer, Chief Restructuring Officer, Chief Financial Officer and Chief Liquidation Officer.

Examples of recent assignments with Beacon include:
- *Financial Advisor* to vertically integrated grower, packer and marketer of fresh fruit, overseeing Company's business plan and financial forecast to assist in refinancing of line-of-credit and term debt.
- *Chief Restructuring Officer* for cut plant grower and nursery, overseeing wind-down of operations, plan to pay off unsecured creditors over time, developing plan to transition greenhouses into multi-tenant rental properties and overseeing the dual paths of marketing real estate for sale while simultaneously attempting to refinance secured lender.
- *Financial Advisor* to owner of multilevel marketing prepared food sales organization in evaluating restructuring options and turnaround priorities, **regularly participating in board and management team meetings**, and provided ongoing advice including assisting in the sale of a related party food processing operation.
- *Board member* to a company that provides consumer insights to products and experiences by conducting research and tests focused on consumer sensory experiences providing testing, reaction and analysis to assist food and beverage, personal care and fragrance companies in product and brand development.
- *Chief Financial Officer* to a manufacturer of composite cores and fillers to fiberglass products manufacturers in the tub/shower, pool, marine, housing and transportation industries. Organizing management team to support growth and guiding strategic sales initiatives including channels to focus on for new product line expansion.
- *Financial Advisor* to group seeking to purchase a distressed distiller and branded marketer of whiskey and gin, guided buyer to stalking horse role in bankruptcy sale
- *Interim Chief Executive Officer* of four companies involved in the manufacture of steel building components, doors and related products sold primarily to the public storage industry, metal fire training facilities and the operation of mini-storage operations while restructuring balance sheet.
- *Sole Manager of LLC* for a franchisor, retailer and distributor of sports nutrition and health products. Oversaw turnaround, restructuring and the UCC sale of the assets as replacement manager under senior lender's loan documents. Wound down the remaining estate.

<u>Insolvency Related</u>
- *Advised multi-bank group during cross-border Bankruptcy proceeding* for an aerospace defense manufacturer coordinating efforts to bridge interim funding needs involving the Company's largest customer as well as expedite a path to sell the Company through **Canadian and U.S. insolvency proceedings**
- *Financial advisor during Chapter 11 Bankruptcy proceeding* to a multi-plant metal perforating company. After a failed plan of restructuring, aided the sale of the company via **a §363 process**.



- *Receiver for a farmer of corn and cotton*, tasked with identifying and securing collateral of lenders, overseeing the sale of collateral once liens were reviewed and confirmed, and compiling financial info to analyze total liabilities and potential fraudulent transactions.
- *Financial advisor during liquidating Chapter 11 Bankruptcy proceeding* to a paper converting and distribution operation.
- *Receiver for special use real estate* used for indoor multi-sport athletic complex focused on youth sports and financed with bonds. Oversaw operational improvements and cashflows reporting to the Court and Bondholder group until the decision was made to sell the property.
- *Advised Bank on Real Estate loans* made to a residential and commercial property developer and residential management company, including the Banks acquisition of the properties.
- *Advisor to a residential and commercial real estate* holding company that also provided monthly management services to its own properties as well as other non-owned properties.
- *Financial Advisor to Senior Lender* to oversee liquidation of collateral associated with a for profit school system with 70 leased locations in approximately 20 states. Liquidation overseen by court appointed Receiver that carved out and returned personal property to Senior Lender. Besides running a process to help choose auctioneer, oversaw the overall liquidation, negotiated with landlords including evaluating potential litigation decision and identified insurance recovery approach for looted locations.
- *Liquidating Trustee/Assignee in an ABC* liquidating an importer and distributor of consumer products sold to mass merchandisers and dollar stores, **assisted secured lender in suit against ownership and follow-on FBI investigation**
- *Advisor during foreclosure sale*, oversaw the cash flows and operations of a special use sports facility, while concurrently conducting a competitive sales process via a **foreclosure sale**.
- *Financial advisor to and oversaw the successful sale via a §363 Bankruptcy proceeding* of, a multi-plant manufacturer of retail store shelving, fixtures and backroom storage systems. Created auction resulting in secondary buyer outbidding stalking horse.
- *Chief Liquidation Officer* for three companies involved in the import and distribution of home appliances sold to retailers, builders and other distributors

Case: 15-10150    Doc# 262    Filed: 11/30/20    Entered: 11/30/20 12:55:15    Page 10 of 10