COOPER, WHITE & COOPER LLP
Peter C. Califano (SBN 129043)
  pcalifano@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:   (415) 433-1900
Facsimile:   (415) 433-5530

RAY QUINNEY & NEBEKER P.C.
Michael R. Johnson (UT Bar No. 7070)
  mjohnson@rqn.com
*Pro Hac Vice* Application to be Submitted
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: 801.532.1500
Facsimile: 801.532.7543

Attorneys for Attorneys for RABO AGRIFINANCE LLC, as Assignee of the Rights and Claims of RABOBANK, N.A.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | CASE NO. 15-10150-CN |
| DEERFIELD RANCH WINERY, LLC, | Chapter 11 |
| Reorganized Debtor. | **CERTIFICATE OF SERVICE** |
| | Hearing Date:   December 16, 2020 |
| | Hearing Time:   11:00 a.m. |
| | Place: Via Court Call or Videoconference |
| | Judge: Honorable Charles Novack |

I am a resident of the State of California. I am over the age of eighteen years, and not a party to this action. My business address is 201 California Street, Seventeenth Floor, San Francisco, CA 94111-5002.

On November 30, 2020, I served true copies of the following document(s):

1. Amended Notice of Hearing on Rabo's Motion to Appoint Vito Mitria of Beacon Management Advisors as Plan Administrator;

2. Notice of Exhibits "A" and "B" to Declaration of Vito Mitria of Beacon Management Advisors in Support of Rabo's Motion to Appoint Vito Mitria of Beacon Management Advisors as Plan Administrator; and

on each of the parties listed as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users (listed on the Court's Electronic Mail Notice List for this case) will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY MAIL**: I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On the date specified above, as to each of the parties identified in the below service list, a true copy of the above-referenced document(s) was placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid; and on that same date that envelope was placed for collection in the firm's daily mail processing center, located at San Francisco, California following ordinary business practices.

| | |
|---|---|
| Deerfield Ranch Winery, LLC<br>1310 Warm Springs Road<br>Glen Ellen, California 95442 | Debtor |
| Barry S. Glaser<br>Steckbauer Weinhart, LLP<br>333 So. Hope Street, #3600<br>Los Angeles, California 90071 | Representing Sonoma County |
| Robert W. Rex<br>1310 Warm Springs Road<br>Glen Ellen, California 95442 | Representing Debtor |
| John D. Fiero<br>Pachulski, Stang, Ziehl, and Jones<br>150 California Street, 15th Floor<br>San Francisco, California 94111-4500 | Representing Debtor |
| Amin Kazemini<br>755 Farmers Lane #110<br>Santa Rosa, California 95405 | Representing Debtor |
| Lynette C. Kelly<br>Minnie Loo<br>Office of the U.S. Trustee/SR<br>Phillip J. Burton Federal Building<br>450 Golden Gate Avenue, 5th Floor, #05-0153<br>San Francisco, California 94102 | Representing Office of the U.S. Trustee |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

Case: 15-10150   Doc# 264   Filed: 11/30/20   Entered: 11/30/20 13:01:46   Page 2 of 3

Executed on November 30, 2020, at San Francisco, California.

/s/Melissa C. Batchelder
Melissa C. Batchelder

1338532.1

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002