COOPER, WHITE & COOPER LLP
Peter C. Califano (SBN 129043)
  pcalifano@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:   (415) 433-1900
Facsimile:    (415) 433-5530

RAY QUINNEY & NEBEKER P.C.
Michael R. Johnson (UT Bar No. 7070)
  mjohnson@rqn.com
*Pro Hac Vice* Application Pending
36 South State Street, Suite 1400
Salt Lake City, UT 84111
Telephone:   (801) 532-1500
Facsimile:    (801) 532-7543

Attorneys for RABO AGRIFINANCE LLC, as
Assignee of the Rights and Claims of
RABOBANK, N.A.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | CASE NO. 15-10150-CN |
| DEERFIELD RANCH WINERY, LLC, | Chapter 11 |
| Reorganized Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that Peter C. Califano of Cooper, White & Cooper LLP and Michael R. Johnson of Ray Quinney & Nebeker P.C. hereby enter their appearances as attorneys of record for Rabo Agrifinance LLC, as Assignee of the Rights and Claims of Rabobank, N.A. (Rabo")[1] pursuant to 11 U.S.C. §1109(b) and Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 requests that copies of all notices and papers be given to and served upon the following addresses:

/ / /

---

[1] Replacing the law firm of Jeffer, Mangels Butler & Mitchell LLP.

PETER C. CALIFANO (SBN 129043)
pcalifano@cwclaw.com
COOPER, WHITE & COOPER LLP
201 California Street, 17th Floor
San Francisco, California 94111
Telephone: 415.433.1900
Facsimile: 415.433.5530

and

MICHAEL R. JOHNSON (UT Bar No. 7070)
mjohnson@rqn.com
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: 801.532.1500
Facsimile: 801.532.7543

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the provisions specified above, but also includes any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, electronically or otherwise, that is filed or given in connection with these cases and proceedings therein.

DATED: December 1, 2020   COOPER, WHITE & COOPER LLP

By: __**s/s Peter C. Califano**__
Peter C. Califano
Attorneys for RABO AGRIFINANCE LLC, as
Assignee of the Rights and Claims of
RABOBANK, N.A.

DATED: December 1, 2020   RAY QUINNEY & NEBEKER P.C.

By: __**s/s Michael R. Johnson**__
Michael R. Johnson
Attorneys for RABO AGRIFINANCE LLC, as
Assignee of the Rights and Claims of
RABOBANK, N.A.

1338649.1