1  John D. Fiero (CA Bar No. 136557)
   PACHULSKI STANG ZIEHL & JONES LLP
2  150 California Street, 15th Floor
   San Francisco, CA  94111
3  Telephone: 415/263-7000
   Facsimile: 415/263-7010
4  Email: jfiero@pszjlaw.com

5  Attorneys for Deerfield Ranch Winery, LLC,
   Reorganized Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Case No.: 15-10150-CN |
| **DEERFIELD RANCH WINERY, LLC**, | Chapter 11 |
| Reorganized Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that Pachulski Stang Ziehl & Jones LLP, hereby appears as counsel for Deerfield Ranch Winery, LLC, reorganized debtor in this re-opened chapter 11 case and hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, or pursuant to any other applicable rule or statute, that notice of all matters which may come before the Court be given as follows:

> John D. Fiero
> PACHULSKI STANG ZIEHL & JONES LLP
> 150 California Street, 15th Floor
> San Francisco, CA  94111-4500
> Telephone:  415/263.7000
> Facsimile:  415/263.7010
> Email:  jfiero@pszjlaw.com

The foregoing request includes, without limitation, all notices, papers and disclosure statements referred to in FED. R. BANKR. P. 2002, 3017 and 9007, and also includes notice of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before the Court in this case, whether formal or informal, whether

written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile or otherwise.

Dated: December 2, 2020            **PACHULSKI STANG ZIEHL & JONES LLP**

By: */s/ John D. Fiero*
John D. Fiero

Attorneys for Deerfield Ranch Winery, LLC, Reorganized Debtor

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF SAN FRANCISCO | ) |

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On December 2, 2020, I caused to be served the following documents in the manner stated below:

- **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): On **December 2, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. |
| ☐ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on December 2, 2020 at San Francisco, California.

*/s/ Oliver Carpio*
Legal Assistant

U.S. Bankruptcy Court
California Northern Bankruptcy Court (Santa Rosa)
Deerfield Ranch Winery, LLC
Bankruptcy Petition #: 15-10150-CN

**ECF List:**

- Peter C. Califano    pcalifano@cwclaw.com
- David N. Chandler    DChandler1747@yahoo.com, courtdocsdncpc@gmail.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Barry S. Glaser    bglaser@lkfirm.com
- Lynette C. Kelly    ustpregion17.oa.ecf@usdoj.gov
- Minnie Loo    minnieloo@netscape.net
- Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com
- Shane J. Moses    smoses@ml-sf.com, csnell@ml-sf.com
- Anthony Napolitano    anapolitano@buchalter.com
- Office of the U.S. Trustee / SR    USTPRegion17.SF.ECF@usdoj.gov
- Richard A. Rogan    , jb8@jmbm.com