

The following constitutes the order of the Court.
Signed: December 8, 2020

_____
Charles Novack
U.S. Bankruptcy Judge

1  COOPER, WHITE & COOPER LLP
   PETER C. CALIFANO (SBN 129043)
2    pcalifano@cwclaw.com
   201 California Street, 17th Floor
3  San Francisco, California 94111
   Telephone:    415.433.1900
4  Facsimile:    415.433.5530

5  RAY QUINNEY & NEBEKER P.C.
   MICHAEL R. JOHNSON (UT Bar No. 7070)
6  *Pro Hac Vice*
   36 South State Street, Suite 1400
7  Salt Lake City, Utah 84111
   Telephone: 801.532.1500
8  Facsimile: 801.532.7543

9  Attorneys for Attorneys for RABO
   AGRIFINANCE LLC, as Assignee of the Rights
10 and Claims of RABOBANK, N.A.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | CASE NO. 15-10150-AJ |
| DEERFIELD RANCH WINERY, LLC, | Chapter 11 |
| Reorganized Debtor. | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Michael R. Johnson, whose business address and telephone number is:

Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
801.532.1500
mjohnson@rqn.com

and who is an active member in good standing of the bar dof the State of Utah, having applied in

the above-entitled action for admission to practice in the Northern District of California on a *pro*

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

Case: 15-10150    Doc# 270    Filed: 12/08/20    Entered: 12/08/20 15:08:44    Page 1 of 2

*hac vice* basis, representing Rabo AgriFinance LLC, as Assignee of the Rights and Claims of RaboBank, N.A.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

*** END OF ORDER ***

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

Case: 15-10150    Doc# 270    Filed: 12/08/20    Entered: 12/08/20 15:08:44    Page 2 of 2