COOPER, WHITE & COOPER LLP
PETER C. CALIFANO (SBN 129043)
    pcalifano@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:    415.433.1900
Facsimile:    415.433.5530

RAY QUINNEY & NEBEKER P.C.
Michael R. Johnson (UT Bar No. 7070)
    mjohnson@rqn.com
*Admitted Pro Hac Vice*
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: 801.532.1500
Facsimile: 801.532.7543

Attorneys for Attorneys for RABO
AGRIFINANCE LLC, as Assignee of the Rights
and Claims of RABOBANK, N.A.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | CASE NO. 15-10150-CN |
| DEERFIELD RANCH WINERY, LLC, | Chapter 11 |
| Reorganized Debtor. | **NOTICE OF CONTINUED HEARING ON RABO'S MOTION TO APPOINT VITO MITRIA OF BEACON MANAGEMENT ADVISORS AS PLAN ADMINISTRATOR**<br><br>Date:  January 6, 2021<br>Time:  11:00 a.m.<br>Place:  Via Court Call or Zoom Videoconference<br>Judge:  Honorable Charles Novack |

### TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that on November 25, 2020, attorneys for Rabo AgriFinance

LLC ("Rabo"), as assignee of the rights and claims of Rabobank, N.A., a secured creditor of

Deerfield Ranch Winery, LLC, the Reorganized Chapter 11 Debtor (the "Debtor") in the above-

entitled Chapter 11 case, filed a Motion to appoint Vito Mitria of Beacon Management Advisors

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

as Plan Administrator (the "Motion") with the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that the hearing on the Motion has been continued. The Bankruptcy Court shall conduct a hearing on the Motion on January 6, 2021, at 11:00 a.m., either via Court Call or Zoom Videoconference.[1]

PLEASE TAKE FURTHER NOTICE that due to the shelter in place requirements caused by the COVID-19 pandemic, all Bankruptcy Court locations in this District are closed and therefore all appearances will be by telephone, or, in the Court's sole discretion, by video conference.

PLEASE TAKE FURTHER NOTICE that **all interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888.821.7606 or by using the Live Chat feature on the Bankruptcy Court's website**.

PLEASE TAKE FURTHER NOTICE that additional information about how to file documents and/or appear by phone or video are provided at the Court's website: https://www.canb.uscourts.gov/content/page/court-operations-during-covid-19-outbreak and are contained and further described in the Court's Fourth Amended General Order 38: https://www.canb.uscourts.gov/sites/default/files/general-orders/FourthAmendedGO38_1.pdf.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must be in writing, setting forth each and every basis for objection. Pursuant to Bankruptcy Local Rule 9014-1 (a) (2), such objections must be filed with the Bankruptcy Court no less than seven (7) days before the actual scheduled hearing date and served on Rabo's attorneys at the following

---

[1]  This Notice of Continued Hearing amends, supersedes and replaces Rabo's Amended Notice of Hearing that was previously filed on November 30, 2020 [DKT. 263].

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

2

addresses:

| | |
|---|---|
| Peter C. Califano, Esq. | Michael R. Johnson, Esq. |
| Cooper, White & Cooper LLP | Ray Quinney & Nebeker P.C. |
| 201 California Street, 17th Floor | 36 South State Street, Suite 1400 |
| San Francisco, California 94111 | Salt Lake City, Utah 84111 |
| Email: pcalifano@cwclaw.com | Email: mjohnson@rqn.com |

PLEASE TAKE FURTHER NOTICE that this Motion is based upon this Notice of Continued Hearing on Motion, Rabo's Motion to Appoint Vito Mitria of Beacon Management Advisors as Plan Administrator, Memorandum of Points and Authorities in Support of Rabo's Motion to Appoint Vito Mitria of Beacon Management Advisors as Plan Administrator, Declaration of Vito Mitria in Support of Rabo's Motion to Appoint Vito Mitria of Beacon Management Advisors as Plan Administrator, and Declaration of Matt Owings in Support of Rabo's Motion to Appoint Vito Mitria of Beacon Management Advisors as Plan Administrator, together will all other papers, pleadings, and records on file in this bankruptcy case.

DATED:  December 11, 2020          COOPER, WHITE & COOPER LLP


By:        *s/s Peter C. Califano*
_____
Peter C. Califano
Attorneys for Attorneys for RABO
AGRIFINANCE LLC, as Assignee of the Rights
and Claims of RABOBANK, N.A.

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

Case: 15-10150    Doc# 271    Filed: 12/11/20    Entered: 12/11/20 08:41:04    Page 3 of
5

**CERTIFICATE OF SERVICE**

I am a resident of the State of California. I am over the age of eighteen years, and not a party to this action. My business address is 201 California Street, Seventeenth Floor, San Francisco, CA 94111-5002.

On 11 December 2020, I served true copies of the following document(s):

**NOTICE OF CONTINUED HEARING ON RABO'S MOTION TO APPOINT VITO MITRIA OF BEACON MANAGEMENT ADVISORS AS PLAN ADMINISTRATOR**

on each of the parties listed as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users (listed on the Court's Electronic Mail Notice List for this case) will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY MAIL:** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On the date specified above, as to each of the parties identified in the below service list, a true copy of the above-referenced document(s) was placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid; and on that same date that envelope was placed for collection in the firm's daily mail processing center, located at San Francisco, California following ordinary business practices.

| | |
|---|---|
| Deerfield Ranch Winery, LLC<br>1310 Warm Springs Road<br>Glen Ellen, California 95442 | Debtor |
| Barry S. Glaser<br>Steckbauer Weinhart, LLP<br>333 So. Hope Street, #3600<br>Los Angeles, California 90071 | Representing Sonoma County |
| Robert W. Rex<br>1310 Warm Springs Road<br>Glen Ellen, California 95442 | Representing Debtor |
| Amin Kazemini<br>755 Farmers Lane #110<br>Santa Rosa, California 95405 | Representing Debtor |
| Lynette C. Kelly<br>Minnie Loo<br>Office of the U.S. Trustee/SR<br>Phillip J. Burton Federal Building<br>450 Golden Gate Avenue, 5th Floor, #05-0153<br>San Francisco, California 94102 | Representing Office of the U.S. Trustee |

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1    I declare under penalty of perjury under the laws of the United States of America that the
2 foregoing is true and correct and that I am employed in the office of a member of the bar of this
Court at whose direction the service was made.

3    Executed on 11 December 2020, at San Francisco, California.

4
                                            _/s/Melissa C. Batchelder_____
5                                             Melissa C. Batchelder

6

7    1338300.2

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002