TIMOTHY S. LAFFREDI (WI SBN 1055133)
Assistant United States Trustee
JUSTIN C. VALENCIA (SBN NE 25375 / SBN IA AT0012006)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, CA 93721
Telephone: (559) 487-5002
Facsimile: (559) 487-5030
Email: justin.c.valencia@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SANTA ROSA DIVISION

| | |
|---|---|
| In re | Case No. 15-10150 CN |
| DEERFIELD RANCH WINERY, LLC, | Chapter 11 |
| Debtor. | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that the undersigned attorney is hereby substituted as counsel of record in place of Lynette C. Kelly and Minnie Loo for Tracy Hope Davis, the United States Trustee for Region 17. All notices should now be directed to:

> Office of the United States Trustee
> Attn: Justin C. Valencia
> 2500 Tulare Street, Suite 1401
> Fresno, CA 93721
> Email: justin.c.valencia@usdoj.gov

Dated: December 29, 2020              TRACY HOPE DAVIS
                                      UNITED STATES TRUSTEE

                                       /s/ Justin C. Valencia
                                      Trial Attorney for United States Trustee

Notice of Substitution of Counsel