

COOPER, WHITE & COOPER LLP
PETER C. CALIFANO (SBN 129043)
pcalifano@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone: 415.433.1900
Facsimile: 415.433.5530

RAY QUINNEY & NEBEKER P.C.
Michael R. Johnson (UT Bar No. 7070)
mjohnson@rqn.com
*Admitted Pro Hac Vice*
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: 801.532.1500
Facsimile: 801.532.7543

Attorneys for Attorneys for RABO AGRIFINANCE LLC, as Assignee of the Rights and Claims of RABOBANK, N.A.

The following constitutes the order of the Court.
Signed: January 5, 2021

_____
Charles Novack
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DEERFIELD RANCH WINERY, LLC,<br><br>Reorganized Debtor. | CASE NO. 15-10150-CN<br><br>Chapter 11<br><br>**STIPULATION AND ORDER FOR FURTHER CONTINUED HEARING ON RABO'S MOTION TO APPOINT VITO MITRIA OF BEACON MANAGEMENT ADVISORS AS PLAN ADMINISTRATOR** |

This Stipulation and Order (the "Stipulation") for a Further Continued Heading on Rabo AgriFinance LLC's ("Rabo"), as assignee of the rights and claims of Rabobank, N.A., to Appoint Vito Mitria of Beacon Management Advisors as Plan Administrator (the "Motion") is made and entered into by and between Rabo and Reorganized Chapter 11 Debtor Deerfield Ranch Winery, LLC, (the "Debtor") (Rabo and the Debtor are sometimes collectively referred to as the "Parties"), through their respective attorneys as follows.

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

Case: 15-10150    Doc# 274    Filed: 01/05/21    Entered: 01/05/21 13:15:12    Page 1 of 3

# RECITALS

A. On or about November 25, 2020 Rabo filed the Motion [Dkt. 256] pursuant to the Court's Order Confirming Debtor's Amended Plan of Reorganization, dated February 22, 2016 [Dkt. 217], which confirmed the Debtor's Amended Plan of Reorganization, dated February 12, 2016. A hearing was set on the Motion for December 16, 2020. [Dkt. 269].

B. The Parties commenced discussions in which both sides made settlement and counter settlement offers. Based on the good faith efforts and progress, the Parties agreed to continue the Motion, and the Motion was continued for hearing on January 6, 2021. [Dkt. 272].

C Settlement discussions are continuing and the Parties are hopeful that a comprehensive resolution can be reached and be presented to the Court for approval if the Parties had an additional two weeks to negotiate and document a proposed stipulated order.

# STIPULATION

The Parties stipulate and agree that:

1. Rabo's Motion shall be continued to Wednesday, January 20, 2021 and be heard on the Court's 11:00 a.m. calendar;

2. That Deerfield may file an opposition to the Motion, if necessary, no later than January 13, 2021; and

3. This Stipulation shall be submitted to the Court for approval.

Dated: January 4, 2021     Michael R. Johnson
                           Ray Quinney & Nebeker P.C.

                           *s/s Michael R. Johnson*

Dated: January 4, 2021     John D. Fiero
                           Pachulski, Stang, Ziehl, and Jones

                           *s/s John D. Fiero*

*** END OF ORDER ***

COURT SERVICE LIST

Parties served by ECF.

1496330.1