| | |
|---|---|
| 1 | COOPER, WHITE & COOPER LLP<br>PETER C. CALIFANO (SBN 129043)<br>  pcalifano@cwclaw.com<br>201 California Street, 17th Floor<br>San Francisco, California 94111<br>Telephone: 415.433.1900<br>Facsimile: 415.433.5530 |
| 2 | |
| 3 | |
| 4 | |
| 5 | RAY QUINNEY & NEBEKER P.C.<br>MICHAEL R. JOHNSON (UT Bar No. 7070)<br>*Pro Hac Vice*<br>36 South State Street, Suite 1400<br>Salt Lake City, Utah 84111<br>Telephone: 801.532.1500<br>Facsimile: 801.532.7543 |
| 6 | |
| 7 | |
| 8 | |
| 9 | Attorneys for Attorneys for RABO AGRIFINANCE LLC, as Assignee of the Rights and Claims of RABOBANK, N.A. |
| 10 | |

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | CASE NO. 15-10150-CN |
| DEERFIELD RANCH WINERY, LLC, | Chapter 11 |
| Reorganized Debtor. | **NOTICE OF ENTRY OF ORDER**<br><br>Hearing Date: January 20, 2021<br>Hearing Time: 11:00 a.m.<br>Place: Via CourtCall or ZoomVideoconference<br>Judge: Honorable Charles Novack |

PLEASE TAKE NOTICE that on January 5, 2021, a **STIPULATION AND ORDER FOR FURTHER CONTINUED HEARING ON RABO'S MOTION TO APPOINT VITO MITRIA OF BEACON MANAGEMENT ADVISORS AS PLAN ADMINISTRATOR** was approved and filed in this Court (the "Order"). A true and correct copy of the Order as filed is attached hereto as <u>Exhibit A</u>.

/ / /

/ / /

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1496429.1

Case: 15-10150    Doc# 275    Filed: 01/06/21    Entered: 01/06/21 09:09:35    Page 1 of 8

| | | |
|---|---|---|
| DATED: January 5, 2021 | | COOPER, WHITE & COOPER LLP |

By:    /s/ *Peter C. Califano*
      Peter C. Califano
      Attorneys for Attorneys for RABO
      AGRIFINANCE LLC, et al.

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1496429.1

Case: 15-10150    Doc# 275    Filed: 01/06/21    Entered: 01/06/21 09:09:35    Page 2 of 8

# EXHIBIT A



COOPER, WHITE & COOPER LLP
PETER C. CALIFANO (SBN 129043)
pcalifano@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:   415.433.1900
Facsimile:   415.433.5530

The following constitutes the order of the Court.
Signed: January 5, 2021

*Charles Novack*
Charles Novack
U.S. Bankruptcy Judge

RAY QUINNEY & NEBEKER P.C.
Michael R. Johnson (UT Bar No. 7070)
mjohnson@rqn.com
*Admitted Pro Hac Vice*
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: 801.532.1500
Facsimile: 801.532.7543

Attorneys for Attorneys for RABO
AGRIFINANCE LLC, as Assignee of the Rights
and Claims of RABOBANK, N.A.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DEERFIELD RANCH WINERY, LLC,<br><br>Reorganized Debtor. | CASE NO. 15-10150-CN<br><br>Chapter 11<br><br>**STIPULATION AND ORDER FOR FURTHER CONTINUED HEARING ON RABO'S MOTION TO APPOINT VITO MITRIA OF BEACON MANAGEMENT ADVISORS AS PLAN ADMINISTRATOR** |

This Stipulation and Order (the "Stipulation") for a Further Continued Heading on Rabo AgriFinance LLC's ("Rabo"), as assignee of the rights and claims of Rabobank, N.A., to Appoint Vito Mitria of Beacon Management Advisors as Plan Administrator (the "Motion") is made and entered into by and between Rabo and Reorganized Chapter 11 Debtor Deerfield Ranch Winery, LLC, (the "Debtor") (Rabo and the Debtor are sometimes collectively referred to as the "Parties"), through their respective attorneys as follows.

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

Case: 15-10150   Doc# 275   Filed: 01/06/21   Entered: 01/06/21 09:09:35   Page 4 of 8
Case: 15-10150   Doc# 274   Filed: 01/05/21   Entered: 01/05/21 13:15:12   Page 1 of 3

## RECITALS

A. On or about November 25, 2020 Rabo filed the Motion [Dkt. 256] pursuant to the Court's Order Confirming Debtor's Amended Plan of Reorganization, dated February 22, 2016 [Dkt. 217], which confirmed the Debtor's Amended Plan of Reorganization, dated February 12, 2016. A hearing was set on the Motion for December 16, 2020. [Dkt. 269].

B. The Parties commenced discussions in which both sides made settlement and counter settlement offers. Based on the good faith efforts and progress, the Parties agreed to continue the Motion, and the Motion was continued for hearing on January 6, 2021. [Dkt. 272].

C Settlement discussions are continuing and the Parties are hopeful that a comprehensive resolution can be reached and be presented to the Court for approval if the Parties had an additional two weeks to negotiate and document a proposed stipulated order.

## STIPULATION

The Parties stipulate and agree that:

1. Rabo's Motion shall be continued to Wednesday, January 20, 2021 and be heard on the Court's 11:00 a.m. calendar;

2. That Deerfield may file an opposition to the Motion, if necessary, no later than January 13, 2021; and

3. This Stipulation shall be submitted to the Court for approval.

Dated: January 4, 2021

Michael R. Johnson
Ray Quinney & Nebeker P.C.

*s/s Michael R. Johnson*

Dated: January 4, 2021

John D. Fiero
Pachulski, Stang, Ziehl, and Jones

*s/s John D. Fiero*

*** END OF ORDER ***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | Parties served by ECF. |

1496330.1

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

3

# CERTIFICATE OF SERVICE

I am a resident of the State of California. I am over the age of eighteen years, and not a party to this action. My business address is 201 California Street, Seventeenth Floor, San Francisco, CA 94111-5002.

On 5 January 2021 I served true copies of the following document(s):

**NOTICE OF ENTRY OF ORDER**

on each of the parties listed as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users (listed on the Court's Electronic Mail Notice List for this case) will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY MAIL:** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On the date specified above, as to each of the parties identified in the below service list, a true copy of the above-referenced document(s) was placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid; and on that same date that envelope was placed for collection in the firm's daily mail processing center, located at San Francisco, California following ordinary business practices.

| | |
|---|---|
| Deerfield Ranch Winery, LLC<br>1310 Warm Springs Road<br>Glen Ellen, California 95442 | Debtor |
| Barry S. Glaser<br>Steckbauer Weinhart, LLP<br>333 So. Hope Street, #3600<br>Los Angeles, California 90071 | Representing Sonoma County |
| Robert W. Rex<br>1310 Warm Springs Road<br>Glen Ellen, California 95442 | Representing Debtor |
| Amin Kazemini<br>755 Farmers Lane #110<br>Santa Rosa, California 95405 | Representing Debtor |
| Justin C. Valencia<br>Office of the U.S. Trustee/SR<br>Phillip J. Burton Federal Building<br>450 Golden Gate Avenue, 5th Floor, #05-0153<br>San Francisco, California 94102 | Representing Office of the U.S. Trustee |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1496429.1

Case: 15-10150    Doc# 275    Filed: 01/06/21    Entered: 01/06/21 09:09:35    Page 7 of 8

1 Executed on 5 January 2021, at San Francisco, California.

   /s/Melissa C. Batchelder
   Melissa C. Batchelder

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1496429.1

Case: 15-10150   Doc# 275   Filed: 01/06/21   Entered: 01/06/21 09:09:35   Page 8 of 8