

1  COOPER, WHITE & COOPER LLP
   PETER C. CALIFANO (SBN 129043)
2     pcalifano@cwclaw.com
   201 California Street, 17th Floor
3  San Francisco, California 94111
   Telephone:    415.433.1900
4  Facsimile:    415.433.5530

The following constitutes the order of the Court.
Signed: January 15, 2021

5  RAY QUINNEY & NEBEKER P.C.
   Michael R. Johnson (UT Bar No. 7070)
6     mjohnson@rqn.com
   *Admitted Pro Hac Vice*
7  36 South State Street, Suite 1400
   Salt Lake City, Utah 84111
8  Telephone: 801.532.1500
   Facsimile: 801.532.7543

**Charles Novack**
**U.S. Bankruptcy Judge**

9
   Attorneys for Attorneys for RABO
10 AGRIFINANCE LLC, as Assignee of the Rights
   and Claims of RABOBANK, N.A.

11

12              **UNITED STATES BANKRUPTCY COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA**

14

15 In re                                    CASE NO. 15-10150-CN

16 DEERFIELD RANCH WINERY, LLC,              Chapter 11

17         Reorganized Debtor.               **SECOND STIPULATION AND ORDER
                                             FOR FURTHER CONTINUED HEARING
18                                           ON RABO'S MOTION TO APPOINT
                                             VITO MITRIA OF BEACON
19                                           MANAGEMENT ADVISORS AS PLAN
                                             ADMINISTRATOR**
20

21

22
           This Second Stipulation and Order (the "Second Stip and Order") for a Further Continued
23
   Hearing on Rabo AgriFinance LLC's ("Rabo"), as assignee of the rights and claims of Rabobank,
24
   N.A., Motion to Appoint Vito Mitria of Beacon Management Advisors as Plan Administrator (the
25
   "Motion") is made and entered into by and between Rabo and Reorganized Chapter 11 Debtor
26
   Deerfield Ranch Winery, LLC, (the "Debtor") (Rabo and the Debtor are sometimes collectively
27
   referred to as the "Parties"), through their respective attorneys as follows.
28

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

Case: 15-10150   Doc# 277   Filed: 01/15/21   Entered: 01/15/21 16:42:13   Page 1 of 4

## RECITALS

A.     On or about November 25, 2020 Rabo filed the Motion [Dkt. 256] pursuant to the Court's Order Confirming Debtor's Amended Plan of Reorganization, dated February 22, 2016 [Dkt. 217], which confirmed the Debtor's Amended Plan of Reorganization, dated February 12, 2016.  A hearing was set on the Motion for December 16, 2020. [Dkt. 269].

B.     The Parties commenced discussions in which both sides made settlement and counter settlement offers.  Based on the good faith efforts and progress, the Parties agreed to continue the Motion for hearing on January 6, 2021. [Dkt. 272].

C     Settlement discussions to reach a resolution were fruitful and so the Parties entered into a "Stipulation And Order For Further Continued Hearing On Rabo's Motion To Appoint Vito Mitria Of Beacon Management Advisors As Plan Administrator" (the "Stip and Order") and was submitted to the Court for approval for a continued hearing date.  The Stip and Order was signed on January 5, 2021 [Dkt. 274] and a continued hearing set for January 20, 2021 [Dkt. 276].

D.     The Parties are now in the process of drafting an agreement under which the hearing will be further extended until April and, subject to the performance of the agreement by the Parties, may ultimately result in the withdrawal of the Motion and a stipulated agreement by the Parties to close the case. The Parties believe that a final two week continuance will allow for completion of that document.

## STIPULATION

The Parties stipulate and agree that:

1.     Rabo's Motion shall be continued to Wednesday, February 3, 2021 and be heard on the Court's 11:00 a.m. calendar;

2.     That Deerfield may file an opposition to the Motion, if necessary, no later than January 27, 2021; and

3.     This Second Stip and Order shall be submitted to the Court for approval.

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

Case: 15-10150    Doc# 277    Filed: 01/15/21    Entered: 01/15/21 16:42:13    Page 2 of 4

2

Dated: January 15, 2021

Michael R. Johnson, Esq
RAY QUINNEY & NEBEKER P.C.

*s/s Michael R. Johnson*

Dated: January 15, 2021

John D. Fiero, Esq.
PACHULSKI, STANG, ZIEHL, AND JONES

*s/s John D. Fiero*

*** END OF ORDER ***

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

COURT SERVICE LIST

Parties served by ECF.

1496974.2

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002