```
COOPER, WHITE & COOPER LLP
PETER C. CALIFANO (SBN 129043)
  pcalifano@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone: 415.433.1900
Facsimile: 415.433.5530

RAY QUINNEY & NEBEKER P.C.
MICHAEL R. JOHNSON (UT Bar No. 7070)
Pro Hac Vice
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: 801.532.1500
Facsimile: 801.532.7543

Attorneys for Attorneys for RABO
AGRIFINANCE LLC, as Assignee of the Rights
and Claims of RABOBANK, N.A.
```

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | CASE NO. 15-10150-CN |
| DEERFIELD RANCH WINERY, LLC, | Chapter 11 |
| Reorganized Debtor. | **NOTICE OF ENTRY OF ORDER** |
| | Hearing Date: February 3, 2021<br>Hearing Time: 11:00 a.m.<br>Place: Via CourtCall or ZoomVideoconference<br>Judge: Honorable Charles Novack |

PLEASE TAKE NOTICE that on January 15, 2021, a **SECOND STIPULATION AND ORDER FOR FURTHER CONTINUED HEARING ON RABO'S MOTION TO APPOINT VITO MITRIA OF BEACON MANAGEMENT ADVISORS AS PLAN ADMINISTRATOR** was approved and filed in this Court (the "Order"). A true and correct copy of the Order as filed is attached hereto as Exhibit A.

///

///

DATED: January 19, 2021           COOPER, WHITE & COOPER LLP

                                  By:    /s/ *Peter C. Califano*
                                         Peter C. Califano
                                         Attorneys for Attorneys for RABO
                                         AGRIFINANCE LLC, et al.

1497061.1

EXHIBIT A



COOPER, WHITE & COOPER LLP
PETER C. CALIFANO (SBN 129043)
pcalifano@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:  415.433.1900
Facsimile:  415.433.5530

The following constitutes the order of the Court.
Signed: January 15, 2021

Charles Novack
U.S. Bankruptcy Judge

RAY QUINNEY & NEBEKER P.C.
Michael R. Johnson (UT Bar No. 7070)
mjohnson@rqn.com
*Admitted Pro Hac Vice*
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: 801.532.1500
Facsimile: 801.532.7543

Attorneys for Attorneys for RABO AGRIFINANCE LLC, as Assignee of the Rights and Claims of RABOBANK, N.A.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DEERFIELD RANCH WINERY, LLC,<br><br>Reorganized Debtor. | CASE NO. 15-10150-CN<br><br>Chapter 11<br><br>**SECOND STIPULATION AND ORDER FOR FURTHER CONTINUED HEARING ON RABO'S MOTION TO APPOINT VITO MITRIA OF BEACON MANAGEMENT ADVISORS AS PLAN ADMINISTRATOR** |

This Second Stipulation and Order (the "Second Stip and Order") for a Further Continued Hearing on Rabo AgriFinance LLC's ("Rabo"), as assignee of the rights and claims of Rabobank, N.A., Motion to Appoint Vito Mitria of Beacon Management Advisors as Plan Administrator (the "Motion") is made and entered into by and between Rabo and Reorganized Chapter 11 Debtor Deerfield Ranch Winery, LLC, (the "Debtor") (Rabo and the Debtor are sometimes collectively referred to as the "Parties"), through their respective attorneys as follows.

## RECITALS

A. On or about November 25, 2020 Rabo filed the Motion [Dkt. 256] pursuant to the Court's Order Confirming Debtor's Amended Plan of Reorganization, dated February 22, 2016 [Dkt. 217], which confirmed the Debtor's Amended Plan of Reorganization, dated February 12, 2016. A hearing was set on the Motion for December 16, 2020. [Dkt. 269].

B. The Parties commenced discussions in which both sides made settlement and counter settlement offers. Based on the good faith efforts and progress, the Parties agreed to continue the Motion for hearing on January 6, 2021. [Dkt. 272].

C. Settlement discussions to reach a resolution were fruitful and so the Parties entered into a "Stipulation And Order For Further Continued Hearing On Rabo's Motion To Appoint Vito Mitria Of Beacon Management Advisors As Plan Administrator" (the "Stip and Order") and was submitted to the Court for approval for a continued hearing date. The Stip and Order was signed on January 5, 2021 [Dkt. 274] and a continued hearing set for January 20, 2021 [Dkt. 276].

D. The Parties are now in the process of drafting an agreement under which the hearing will be further extended until April and, subject to the performance of the agreement by the Parties, may ultimately result in the withdrawal of the Motion and a stipulated agreement by the Parties to close the case. The Parties believe that a final two week continuance will allow for completion of that document.

## STIPULATION

The Parties stipulate and agree that:

1. Rabo's Motion shall be continued to Wednesday, February 3, 2021 and be heard on the Court's 11:00 a.m. calendar;

2. That Deerfield may file an opposition to the Motion, if necessary, no later than January 27, 2021; and

3. This Second Stip and Order shall be submitted to the Court for approval.

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

Case: 15-10150 Doc# 277 Filed: 01/19/21 Entered: 01/19/21 12:03:50 Page 5 of 9

Case: 15-10150 Doc# 277 Filed: 01/15/21 Entered: 01/15/21 16:42:13 Page 2 of 4

Dated: January 15, 2021

Michael R. Johnson, Esq
RAY QUINNEY & NEBEKER P.C.

_s/s Michael R. Johnson_

Dated: January 15, 2021

John D. Fiero, Esq.
PACHULSKI, STANG, ZIEHL, AND JONES

_s/s John D. Fiero_

*** END OF ORDER ***

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

COURT SERVICE LIST

Parties served by ECF.

1496974.2

# CERTIFICATE OF SERVICE

I am a resident of the State of California. I am over the age of eighteen years, and not a party to this action. My business address is 201 California Street, Seventeenth Floor, San Francisco, CA 94111-5002.

On 19 January 2021 I served true copies of the following document(s):

**NOTICE OF ENTRY OF ORDER**

on each of the parties listed as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users (listed on the Court's Electronic Mail Notice List for this case) will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY MAIL:** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On the date specified above, as to each of the parties identified in the below service list, a true copy of the above-referenced document(s) was placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid; and on that same date that envelope was placed for collection in the firm's daily mail processing center, located at San Francisco, California following ordinary business practices.

| | |
|---|---|
| Deerfield Ranch Winery, LLC<br>1310 Warm Springs Road<br>Glen Ellen, California 95442 | Debtor |
| Barry S. Glaser<br>Steckbauer Weinhart, LLP<br>333 So. Hope Street, #3600<br>Los Angeles, California 90071 | Representing Sonoma County |
| Robert W. Rex<br>1310 Warm Springs Road<br>Glen Ellen, California 95442 | Representing Debtor |
| Amin Kazemini<br>755 Farmers Lane #110<br>Santa Rosa, California 95405 | Representing Debtor |
| Justin C. Valencia<br>Office of the U.S. Trustee/SR<br>Phillip J. Burton Federal Building<br>450 Golden Gate Avenue, 5th Floor, #05-0153<br>San Francisco, California 94102 | Representing Office of the U.S. Trustee |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1497061.1

Executed on 19 January 2021, at San Francisco, California.

/s/Melissa C. Batchelder
Melissa C. Batchelder